**B1 (Official Form 1)(04/13)**

| United States Bankruptcy Court<br>Northern District of Georgia | Voluntary Petition |
|---|---|

| Name of Debtor (if individual, enter Last, First, Middle):<br>**Fiesta Farmers Market, Inc.** | Name of Joint Debtor (Spouse) (Last, First, Middle): |
|---|---|
| All Other Names used by the Debtor in the last 8 years<br>(include married, maiden, and trade names): | All Other Names used by the Joint Debtor in the last 8 years<br>(include married, maiden, and trade names): |
| Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN)/Complete EIN<br>(if more than one, state all)<br>**27-3121475** | Last four digits of Soc. Sec. or Individual-Taxpayer I.D. (ITIN) No./Complete EIN<br>(if more than one, state all) |
| Street Address of Debtor (No. and Street, City, and State):<br>**4166 Buford Hwy.**<br>**Atlanta, GA**<br>ZIP Code **30345** | Street Address of Joint Debtor (No. and Street, City, and State):<br>ZIP Code |
| County of Residence or of the Principal Place of Business:<br>**DeKalb** | County of Residence or of the Principal Place of Business: |
| Mailing Address of Debtor (if different from street address):<br>**2650 Cascade Creek Dr.**<br>**Buford, GA**<br>ZIP Code **30519** | Mailing Address of Joint Debtor (if different from street address):<br>ZIP Code |
| Location of Principal Assets of Business Debtor<br>(if different from street address above): | |

**Type of Debtor**
(Form of Organization) (Check one box)
- ☐ Individual (includes Joint Debtors)
  *See Exhibit D on page 2 of this form.*
- ■ Corporation (includes LLC and LLP)
- ☐ Partnership
- ☐ Other (If debtor is not one of the above entities, check this box and state type of entity below.)

**Nature of Business**
(Check one box)
- ☐ Health Care Business
- ☐ Single Asset Real Estate as defined in 11 U.S.C. § 101 (51B)
- ☐ Railroad
- ☐ Stockbroker
- ☐ Commodity Broker
- ☐ Clearing Bank
- ■ Other

**Chapter of Bankruptcy Code Under Which the Petition is Filed** (Check one box)
- ■ Chapter 7
- ☐ Chapter 9
- ☐ Chapter 11
- ☐ Chapter 12
- ☐ Chapter 13
- ☐ Chapter 15 Petition for Recognition of a Foreign Main Proceeding
- ☐ Chapter 15 Petition for Recognition of a Foreign Nonmain Proceeding

**Chapter 15 Debtors**
Country of debtor's center of main interests:

Each country in which a foreign proceeding by, regarding, or against debtor is pending:

**Tax-Exempt Entity**
(Check box, if applicable)
- ☐ Debtor is a tax-exempt organization under Title 26 of the United States Code (the Internal Revenue Code).

**Nature of Debts**
(Check one box)
- ☐ Debts are primarily consumer debts, defined in 11 U.S.C. § 101(8) as "incurred by an individual primarily for a personal, family, or household purpose."
- ■ Debts are primarily business debts.

**Filing Fee** (Check one box)
- ■ Full Filing Fee attached
- ☐ Filing Fee to be paid in installments (applicable to individuals only). Must attach signed application for the court's consideration certifying that the debtor is unable to pay fee except in installments. Rule 1006(b). See Official Form 3A.
- ☐ Filing Fee waiver requested (applicable to chapter 7 individuals only). Must attach signed application for the court's consideration. See Official Form 3B.

**Chapter 11 Debtors**
Check one box:
- ☐ Debtor is a small business debtor as defined in 11 U.S.C. § 101(51D).
- ☐ Debtor is not a small business debtor as defined in 11 U.S.C. § 101(51D).

Check if:
- ☐ Debtor's aggregate noncontingent liquidated debts (excluding debts owed to insiders or affiliates) are less than $2,490,925 *(amount subject to adjustment on 4/01/16 and every three years thereafter).*

Check all applicable boxes:
- ☐ A plan is being filed with this petition.
- ☐ Acceptances of the plan were solicited prepetition from one or more classes of creditors, in accordance with 11 U.S.C. § 1126(b).

**Statistical/Administrative Information**
- ☐ Debtor estimates that funds will be available for distribution to unsecured creditors.
- ■ Debtor estimates that, after any exempt property is excluded and administrative expenses paid, there will be no funds available for distribution to unsecured creditors.

THIS SPACE IS FOR COURT USE ONLY

**Estimated Number of Creditors**

| ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| 1-49 | 50-99 | 100-199 | 200-999 | 1,000-5,000 | 5,001-10,000 | 10,001-25,000 | 25,001-50,000 | 50,001-100,000 | OVER 100,000 |

**Estimated Assets**

| ■ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

**Estimated Liabilities**

| ☐ | ☐ | ☐ | ☐ | ■ | ☐ | ☐ | ☐ | ☐ | ☐ |
|---|---|---|---|---|---|---|---|---|---|
| $0 to $50,000 | $50,001 to $100,000 | $100,001 to $500,000 | $500,001 to $1 million | $1,000,001 to $10 million | $10,000,001 to $50 million | $50,000,001 to $100 million | $100,000,001 to $500 million | $500,000,001 to $1 billion | More than $1 billion |

B1 (Official Form 1)(04/13)                                                                                                Page 2

| **Voluntary Petition**<br><br>*(This page must be completed and filed in every case)* | Name of Debtor(s):<br>**Fiesta Farmers Market, Inc.** |
|---|---|

| **All Prior Bankruptcy Cases Filed Within Last 8 Years** (If more than two, attach additional sheet) | | |
|---|---|---|
| Location<br>Where Filed:  **- None -** | Case Number: | Date Filed: |
| Location<br>Where Filed: | Case Number: | Date Filed: |

| **Pending Bankruptcy Case Filed by any Spouse, Partner, or Affiliate of this Debtor** (If more than one, attach additional sheet) | | |
|---|---|---|
| Name of Debtor:<br>**- None -** | Case Number: | Date Filed: |
| District: | Relationship: | Judge: |

| **Exhibit A**<br><br>(To be completed if debtor is required to file periodic reports (e.g., forms 10K and 10Q) with the Securities and Exchange Commission pursuant to Section 13 or 15(d) of the Securities Exchange Act of 1934 and is requesting relief under chapter 11.)<br><br>☐ Exhibit A is attached and made a part of this petition. | **Exhibit B**<br>(To be completed if debtor is an individual whose debts are primarily consumer debts.)<br>I, the attorney for the petitioner named in the foregoing petition, declare that I have informed the petitioner that [he or she] may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, and have explained the relief available under each such chapter. I further certify that I delivered to the debtor the notice required by 11 U.S.C. §342(b).<br><br>X _____<br>    Signature of Attorney for Debtor(s)          (Date) |
|---|---|

**Exhibit C**

Does the debtor own or have possession of any property that poses or is alleged to pose a threat of imminent and identifiable harm to public health or safety?

  ☐ Yes, and Exhibit C is attached and made a part of this petition.

  ■ No.

**Exhibit D**

(To be completed by every individual debtor. If a joint petition is filed, each spouse must complete and attach a separate Exhibit D.)

  ☐ Exhibit D completed and signed by the debtor is attached and made a part of this petition.

If this is a joint petition:

  ☐ Exhibit D also completed and signed by the joint debtor is attached and made a part of this petition.

**Information Regarding the Debtor - Venue**
(Check any applicable box)

  ■ Debtor has been domiciled or has had a residence, principal place of business, or principal assets in this District for 180 days immediately preceding the date of this petition or for a longer part of such 180 days than in any other District.

  ☐ There is a bankruptcy case concerning debtor's affiliate, general partner, or partnership pending in this District.

  ☐ Debtor is a debtor in a foreign proceeding and has its principal place of business or principal assets in the United States in this District, or has no principal place of business or assets in the United States but is a defendant in an action or proceeding [in a federal or state court] in this District, or the interests of the parties will be served in regard to the relief sought in this District.

**Certification by a Debtor Who Resides as a Tenant of Residential Property**
(Check all applicable boxes)

  ☐ Landlord has a judgment against the debtor for possession of debtor's residence. (If box checked, complete the following.)


       _____
       (Name of landlord that obtained judgment)



       _____
       (Address of landlord)


  ☐ Debtor claims that under applicable nonbankruptcy law, there are circumstances under which the debtor would be permitted to cure the entire monetary default that gave rise to the judgment for possession, after the judgment for possession was entered, and

  ☐ Debtor has included with this petition the deposit with the court of any rent that would become due during the 30-day period after the filing of the petition.

  ☐ Debtor certifies that he/she has served the Landlord with this certification. (11 U.S.C. § 362(l)).

B1 (Official Form 1)(04/13) | Page 3

## Voluntary Petition

*(This page must be completed and filed in every case)*

**Name of Debtor(s):**

**Fiesta Farmers Market, Inc.**

### Signatures

#### Signature(s) of Debtor(s) (Individual/Joint)

I declare under penalty of perjury that the information provided in this petition is true and correct.
[If petitioner is an individual whose debts are primarily consumer debts and has chosen to file under chapter 7] I am aware that I may proceed under chapter 7, 11, 12, or 13 of title 11, United States Code, understand the relief available under each such chapter, and choose to proceed under chapter 7.
[If no attorney represents me and no bankruptcy petition preparer signs the petition] I have obtained and read the notice required by 11 U.S.C. §342(b).

I request relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** _____
Signature of Debtor

**X** _____
Signature of Joint Debtor

_____
Telephone Number (If not represented by attorney)

_____
Date

#### Signature of Attorney*

**X** **/s/ Danny Coleman, MBA, Attorney** _____
Signature of Attorney for Debtor(s)

**Danny Coleman, MBA, Attorney 177427**
Printed Name of Attorney for Debtor(s)

**Coleman Legal Group, LLC**
Firm Name

**5755 North Point Parkway**
**Suite 52**
**Alpharetta, GA 30022**

Address

**Email: attorney@dcolemanlaw.com**
**770-408-0474  Fax: 770-609-7020**
Telephone Number

**September 23, 2014**
Date

*In a case in which § 707(b)(4)(D) applies, this signature also constitutes a certification that the attorney has no knowledge after an inquiry that the information in the schedules is incorrect.

#### Signature of Debtor (Corporation/Partnership)

I declare under penalty of perjury that the information provided in this petition is true and correct, and that I have been authorized to file this petition on behalf of the debtor.

The debtor requests relief in accordance with the chapter of title 11, United States Code, specified in this petition.

**X** **/s/ Peter Ro** _____
Signature of Authorized Individual

**Peter Ro**
Printed Name of Authorized Individual

_____
Title of Authorized Individual

**September 23, 2014**
Date

#### Signature of a Foreign Representative

I declare under penalty of perjury that the information provided in this petition is true and correct, that I am the foreign representative of a debtor in a foreign proceeding, and that I am authorized to file this petition.

(Check only one box.)

☐ I request relief in accordance with chapter 15 of title 11. United States Code. Certified copies of the documents required by 11 U.S.C. §1515 are attached.

☐ Pursuant to 11 U.S.C. §1511, I request relief in accordance with the chapter of title 11 specified in this petition. A certified copy of the order granting recognition of the foreign main proceeding is attached.

**X** _____
Signature of Foreign Representative

_____
Printed Name of Foreign Representative

_____
Date

#### Signature of Non-Attorney Bankruptcy Petition Preparer

I declare under penalty of perjury that: (1) I am a bankruptcy petition preparer as defined in 11 U.S.C. § 110; (2) I prepared this document for compensation and have provided the debtor with a copy of this document and the notices and information required under 11 U.S.C. §§ 110(b), 110(h), and 342(b); and, (3) if rules or guidelines have been promulgated pursuant to 11 U.S.C. § 110(h) setting a maximum fee for services chargeable by bankruptcy petition preparers, I have given the debtor notice of the maximum amount before preparing any document for filing for a debtor or accepting any fee from the debtor, as required in that section. Official Form 19 is attached.

_____
Printed Name and title, if any, of Bankruptcy Petition Preparer

_____
Social-Security number (If the bankrtpcy petition preparer is not an individual, state the Social Security number of the officer, principal, responsible person or partner of the bankruptcy petition preparer.)(Required by 11 U.S.C. § 110.)

_____
Address

**X** _____

_____
Date

Signature of bankruptcy petition preparer or officer, principal, responsible person,or partner whose Social Security number is provided above.

Names and Social-Security numbers of all other individuals who prepared or assisted in preparing this document unless the bankruptcy petition preparer is not an individual:

If more than one person prepared this document, attach additional sheets conforming to the appropriate official form for each person.

*A bankruptcy petition preparer's failure to comply with the provisions of title 11 and the Federal Rules of Bankruptcy Procedure may result in fines or imprisonment or both. 11 U.S.C. §110; 18 U.S.C. §156.*

B7 (Official Form 7) (04/13)

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Fiesta Farmers Market, Inc.**                                              Case No.

                                                                    Debtor(s)       Chapter       **7**

# STATEMENT OF FINANCIAL AFFAIRS

This statement is to be completed by every debtor. Spouses filing a joint petition may file a single statement on which the information for both spouses is combined. If the case is filed under chapter 12 or chapter 13, a married debtor must furnish information for both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed. An individual debtor engaged in business as a sole proprietor, partner, family farmer, or self-employed professional, should provide the information requested on this statement concerning all such activities as well as the individual's personal affairs. To indicate payments, transfers and the like to minor children, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. § 112; Fed. R. Bankr. P. 1007(m).

Questions 1 - 18 are to be completed by all debtors. Debtors that are or have been in business, as defined below, also must complete Questions 19 - 25. **If the answer to an applicable question is "None," mark the box labeled "None."** If additional space is needed for the answer to any question, use and attach a separate sheet properly identified with the case name, case number (if known), and the number of the question.

*DEFINITIONS*

*"In business."* A debtor is "in business" for the purpose of this form if the debtor is a corporation or partnership. An individual debtor is "in business" for the purpose of this form if the debtor is or has been, within six years immediately preceding the filing of this bankruptcy case, any of the following: an officer, director, managing executive, or owner of 5 percent or more of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership; a sole proprietor or self-employed full-time or part-time. An individual debtor also may be "in business" for the purpose of this form if the debtor engages in a trade, business, or other activity, other than as an employee, to supplement income from the debtor's primary employment.

*"Insider."* The term "insider" includes but is not limited to: relatives of the debtor; general partners of the debtor and their relatives; corporations of which the debtor is an officer, director, or person in control; officers, directors, and any persons in control of a corporate debtor and their relatives; affiliates of the debtor and insiders of such affiliates; and any managing agent of the debtor. 11 U.S.C. § 101(2), (31).

---

**1. Income from employment or operation of business**

None    State the gross amount of income the debtor has received from employment, trade, or profession, or from operation of the debtor's
☐       business, including part-time activities either as an employee or in independent trade or business, from the beginning of this calendar
        year to the date this case was commenced. State also the gross amounts received during the **two years** immediately preceding this
        calendar year. (A debtor that maintains, or has maintained, financial records on the basis of a fiscal rather than a calendar year may
        report fiscal year income. Identify the beginning and ending dates of the debtor's fiscal year.) If a joint petition is filed, state income for
        each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income of both spouses whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

| AMOUNT | SOURCE |
|---|---|
| $-134,458.00 | **2012 Total Income** |
| $-319,438.00 | **2013 Total Income** |

---

**2. Income other than from employment or operation of business**

None    State the amount of income received by the debtor other than from employment, trade, profession, or operation of the debtor's business
■       during the **two years** immediately preceding the commencement of this case. Give particulars. If a joint petition is filed, state income for
        each spouse separately. (Married debtors filing under chapter 12 or chapter 13 must state income for each spouse whether or not a joint
        petition is filed, unless the spouses are separated and a joint petition is not filed.)

                AMOUNT          SOURCE

B7 (Official Form 7) (04/13)
2

### 3. Payments to creditors

**None**
■        *Complete a. or b., as appropriate, and c.*

a.    *Individual or joint debtor(s) with primarily consumer debts:*  List all payments on loans, installment purchases of goods or services, and other debts to any creditor made within **90 days** immediately preceding the commencement of this case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $600. Indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS<br>OF CREDITOR | DATES OF<br>PAYMENTS | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

**None**
■        b.    *Debtor whose debts are not primarily consumer debts:* List each payment or other transfer to any creditor made within **90 days** immediately preceding the commencement of the case unless the aggregate value of all property that constitutes or is affected by such transfer is less than $6,225*.  If the debtor is an individual, indicate with an asterisk (*) any payments that were made to a creditor on account of a domestic support obligation or as part of an alternative repayment schedule under a plan by an approved nonprofit budgeting and credit counseling agency.  (Married debtors filing under chapter 12 or chapter 13 must include payments and other transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATES OF<br>PAYMENTS/<br>TRANSFERS | AMOUNT<br>PAID OR<br>VALUE OF<br>TRANSFERS | AMOUNT STILL<br>OWING |
|---|---|---|---|

**None**
■        c.    *All debtors:* List all payments made within **one year** immediately preceding the commencement of this case to or for the benefit of creditors who are or were insiders. (Married debtors filing under chapter 12 or chapter 13 must include payments by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR AND<br>RELATIONSHIP TO DEBTOR | DATE OF PAYMENT | AMOUNT PAID | AMOUNT STILL<br>OWING |
|---|---|---|---|

### 4. Suits and administrative proceedings, executions, garnishments and attachments

**None**
☐        a. List all suits and administrative proceedings to which the debtor is or was a party within **one year** immediately preceding the filing of this bankruptcy case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| CAPTION OF SUIT<br>AND CASE NUMBER | NATURE OF<br>PROCEEDING | COURT OR AGENCY<br>AND LOCATION | STATUS OR<br>DISPOSITION |
|---|---|---|---|
| **Chau Nguyen and Hong Kong Market, Inc. v.<br>Peter Ro and Fiesta Farmers Market, Inc.<br>Civil Action File No. 13CV12848** | **Civil** | **Superior Court of DeKalb County<br>State of Georgia** | |
| **BJS Plaza Fiesta, LLC v. Fiesta Farmers Market,<br>Inc. and Peter Ro<br>Civil Action File No.** | **Civil** | **State Court of Fulton County<br>State of Georgia** | |
| **American Express Bank, FSB v. Peter Ro and<br>Fiesta Farmers Market, Inc.<br>Civil Action File No. 14-C-00546** | **Civil** | **State Court of Gwinnett County<br>State of GA** | |

**None**
■        b. Describe all property that has been attached, garnished or seized under any legal or equitable process within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON FOR WHOSE<br>BENEFIT PROPERTY WAS SEIZED | DATE OF SEIZURE | DESCRIPTION AND VALUE OF<br>PROPERTY |
|---|---|---|

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

B7 (Official Form 7) (04/13)
3

**5. Repossessions, foreclosures and returns**

None
■

List all property that has been repossessed by a creditor, sold at a foreclosure sale, transferred through a deed in lieu of foreclosure or returned to the seller, within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR OR SELLER | DATE OF REPOSSESSION, FORECLOSURE SALE, TRANSFER OR RETURN | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |

**6. Assignments and receiverships**

None
■

a. Describe any assignment of property for the benefit of creditors made within **120 days** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include any assignment by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF ASSIGNEE | DATE OF ASSIGNMENT | TERMS OF ASSIGNMENT OR SETTLEMENT |
| --- | --- | --- |

None
■

b. List all property which has been in the hands of a custodian, receiver, or court-appointed official within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning property of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CUSTODIAN | NAME AND LOCATION OF COURT CASE TITLE & NUMBER | DATE OF ORDER | DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- | --- |

**7. Gifts**

None
■

List all gifts or charitable contributions made within **one year** immediately preceding the commencement of this case except ordinary and usual gifts to family members aggregating less than $200 in value per individual family member and charitable contributions aggregating less than $100 per recipient. (Married debtors filing under chapter 12 or chapter 13 must include gifts or contributions by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF PERSON OR ORGANIZATION | RELATIONSHIP TO DEBTOR, IF ANY | DATE OF GIFT | DESCRIPTION AND VALUE OF GIFT |
| --- | --- | --- | --- |

**8. Losses**

None
■

List all losses from fire, theft, other casualty or gambling within **one year** immediately preceding the commencement of this case **or since the commencement of this case.** (Married debtors filing under chapter 12 or chapter 13 must include losses by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| DESCRIPTION AND VALUE OF PROPERTY | DESCRIPTION OF CIRCUMSTANCES AND, IF LOSS WAS COVERED IN WHOLE OR IN PART BY INSURANCE, GIVE PARTICULARS | DATE OF LOSS |
| --- | --- | --- |

**9. Payments related to debt counseling or bankruptcy**

None
☐

List all payments made or property transferred by or on behalf of the debtor to any persons, including attorneys, for consultation concerning debt consolidation, relief under the bankruptcy law or preparation of the petition in bankruptcy within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS OF PAYEE | DATE OF PAYMENT, NAME OF PAYER IF OTHER THAN DEBTOR | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
| --- | --- | --- |
| **Coleman Legal Group, LLC 5755 North Point Parkway Suite 52 Alpharetta, GA 30022** | **9/15/2014** | **Attorney's Fee: $1000 Filing Fee: $335 Public Records Report: $150** |

B7 (Official Form 7) (04/13)
4

### 10. Other transfers

None ■ a. List all other property, other than property transferred in the ordinary course of the business or financial affairs of the debtor, transferred either absolutely or as security within **two years** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include transfers by either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF TRANSFEREE, RELATIONSHIP TO DEBTOR | DATE | DESCRIBE PROPERTY TRANSFERRED AND VALUE RECEIVED |
|---|---|---|

None ■ b. List all property transferred by the debtor within **ten years** immediately preceding the commencement of this case to a self-settled trust or similar device of which the debtor is a beneficiary.

| NAME OF TRUST OR OTHER DEVICE | DATE(S) OF TRANSFER(S) | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY OR DEBTOR'S INTEREST IN PROPERTY |
|---|---|---|

### 11. Closed financial accounts

None ☐ List all financial accounts and instruments held in the name of the debtor or for the benefit of the debtor which were closed, sold, or otherwise transferred within **one year** immediately preceding the commencement of this case. Include checking, savings, or other financial accounts, certificates of deposit, or other instruments; shares and share accounts held in banks, credit unions, pension funds, cooperatives, associations, brokerage houses and other financial institutions. (Married debtors filing under chapter 12 or chapter 13 must include information concerning accounts or instruments held by or for either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF INSTITUTION | TYPE OF ACCOUNT, LAST FOUR DIGITS OF ACCOUNT NUMBER, AND AMOUNT OF FINAL BALANCE | AMOUNT AND DATE OF SALE OR CLOSING |
|---|---|---|
| **Metro City Bank**<br>**5441 Buford Hwy NE # 109**<br>**Atlanta, GA 30340** | **Business Operating Account**<br>**Account No.: 2110** | **2-3-2014** |
| **Metro City Bank**<br>**5441 Buford Hwy NE # 109**<br>**Atlanta, GA 30340** | **Business Payroll Account**<br>**Account No.: 6541** | **2-3-2014** |
| **Metro City Bank**<br>**5441 Buford Hwy NE # 109**<br>**Atlanta, GA 30340** | **Business Account**<br>**Account No.: 6541** | **4-15-14** |
| **Metro City Bank**<br>**5441 Buford Hwy NE # 109**<br>**Atlanta, GA 30340** | **Business Account**<br>**Account No.: 1633** | **4-15-14** |

### 12. Safe deposit boxes

None ■ List each safe deposit or other box or depository in which the debtor has or had securities, cash, or other valuables within **one year** immediately preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include boxes or depositories of either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF BANK OR OTHER DEPOSITORY | NAMES AND ADDRESSES OF THOSE WITH ACCESS TO BOX OR DEPOSITORY | DESCRIPTION OF CONTENTS | DATE OF TRANSFER OR SURRENDER, IF ANY |
|---|---|---|---|

### 13. Setoffs

None ■ List all setoffs made by any creditor, including a bank, against a debt or deposit of the debtor within **90 days** preceding the commencement of this case. (Married debtors filing under chapter 12 or chapter 13 must include information concerning either or both spouses whether or not a joint petition is filed, unless the spouses are separated and a joint petition is not filed.)

| NAME AND ADDRESS OF CREDITOR | DATE OF SETOFF | AMOUNT OF SETOFF |
|---|---|---|

B7 (Official Form 7) (04/13)
5

**14. Property held for another person**

None
■    List all property owned by another person that the debtor holds or controls.

NAME AND ADDRESS OF OWNER          DESCRIPTION AND VALUE OF PROPERTY          LOCATION OF PROPERTY

**15. Prior address of debtor**

None
■    If the debtor has moved within **three years** immediately preceding the commencement of this case, list all premises which the debtor
occupied during that period and vacated prior to the commencement of this case. If a joint petition is filed, report also any separate
address of either spouse.

ADDRESS          NAME USED          DATES OF OCCUPANCY

**16. Spouses and Former Spouses**

None
■    If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho,
Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within **eight years** immediately preceding the
commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in
the community property state.

NAME

**17. Environmental Information.**

For the purpose of this question, the following definitions apply:

"Environmental Law" means any federal, state, or local statute or regulation regulating pollution, contamination, releases of hazardous
or toxic substances, wastes or material into the air, land, soil, surface water, groundwater, or other medium, including, but not limited to,
statutes or regulations regulating the cleanup of these substances, wastes, or material.

"Site" means any location, facility, or property as defined under any Environmental Law, whether or not presently or formerly owned or
operated by the debtor, including, but not limited to, disposal sites.

"Hazardous Material" means anything defined as a hazardous waste, hazardous substance, toxic substance, hazardous material,
pollutant, or contaminant or similar term under an Environmental Law

None
■    a. List the name and address of every site for which the debtor has received notice in writing by a governmental unit that it may be liable
or potentially liable under or in violation of an Environmental Law. Indicate the governmental unit, the date of the notice, and, if known,
the Environmental Law:

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                              GOVERNMENTAL UNIT            NOTICE           LAW

None
■    b. List the name and address of every site for which the debtor provided notice to a governmental unit of a release of Hazardous
Material. Indicate the governmental unit to which the notice was sent and the date of the notice.

SITE NAME AND ADDRESS          NAME AND ADDRESS OF          DATE OF          ENVIRONMENTAL
                              GOVERNMENTAL UNIT            NOTICE           LAW

None
■    c. List all judicial or administrative proceedings, including settlements or orders, under any Environmental Law with respect to which
the debtor is or was a party. Indicate the name and address of the governmental unit that is or was a party to the proceeding, and the
docket number.

NAME AND ADDRESS OF
GOVERNMENTAL UNIT          DOCKET NUMBER          STATUS OR DISPOSITION

B7 (Official Form 7) (04/13)
6

---

**18 . Nature, location and name of business**

None
■

a. *If the debtor is an individual*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was an officer, director, partner, or managing executive of a corporation, partner in a partnership, sole proprietor, or was self-employed in a trade, profession, or other activity either full- or part-time within **six years** immediately preceding the commencement of this case, or in which the debtor owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

*If the debtor is a partnership*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities, within **six years** immediately preceding the commencement of this case.

*If the debtor is a corporation*, list the names, addresses, taxpayer identification numbers, nature of the businesses, and beginning and ending dates of all businesses in which the debtor was a partner or owned 5 percent or more of the voting or equity securities within **six years** immediately preceding the commencement of this case.

| NAME | LAST FOUR DIGITS OF SOCIAL-SECURITY OR OTHER INDIVIDUAL TAXPAYER-I.D. NO. (ITIN)/ COMPLETE EIN | ADDRESS | NATURE OF BUSINESS | BEGINNING AND ENDING DATES |
| --- | --- | --- | --- | --- |

None
■

b. Identify any business listed in response to subdivision a., above, that is "single asset real estate" as defined in 11 U.S.C. § 101.

| NAME | ADDRESS |
| --- | --- |

---

The following questions are to be completed by every debtor that is a corporation or partnership and by any individual debtor who is or has been, within **six years** immediately preceding the commencement of this case, any of the following: an officer, director, managing executive, or owner of more than 5 percent of the voting or equity securities of a corporation; a partner, other than a limited partner, of a partnership, a sole proprietor, or self-employed in a trade, profession, or other activity, either full- or part-time.

*(An individual or joint debtor should complete this portion of the statement **only** if the debtor is or has been in business, as defined above, within six years immediately preceding the commencement of this case. A debtor who has not been in business within those six years should go directly to the signature page.)*

---

**19. Books, records and financial statements**

None
■

a. List all bookkeepers and accountants who within **two years** immediately preceding the filing of this bankruptcy case kept or supervised the keeping of books of account and records of the debtor.

| NAME AND ADDRESS | DATES SERVICES RENDERED |
| --- | --- |

None
■

b. List all firms or individuals who within the **two years** immediately preceding the filing of this bankruptcy case have audited the books of account and records, or prepared a financial statement of the debtor.

| NAME | ADDRESS | DATES SERVICES RENDERED |
| --- | --- | --- |

None
■

c. List all firms or individuals who at the time of the commencement of this case were in possession of the books of account and records of the debtor. If any of the books of account and records are not available, explain.

| NAME | ADDRESS |
| --- | --- |

None
■

d. List all financial institutions, creditors and other parties, including mercantile and trade agencies, to whom a financial statement was issued by the debtor within **two years** immediately preceding the commencement of this case.

| NAME AND ADDRESS | DATE ISSUED |
| --- | --- |

B7 (Official Form 7) (04/13)
7

**20. Inventories**

None ■     a. List the dates of the last two inventories taken of your property, the name of the person who supervised the taking of each inventory, and the dollar amount and basis of each inventory.

| DATE OF INVENTORY | INVENTORY SUPERVISOR | DOLLAR AMOUNT OF INVENTORY (Specify cost, market or other basis) |
|---|---|---|

None ■     b. List the name and address of the person having possession of the records of each of the inventories reported in a., above.

| DATE OF INVENTORY | NAME AND ADDRESSES OF CUSTODIAN OF INVENTORY RECORDS |
|---|---|

**21 . Current Partners, Officers, Directors and Shareholders**

None ■     a. If the debtor is a partnership, list the nature and percentage of partnership interest of each member of the partnership.

| NAME AND ADDRESS | NATURE OF INTEREST | PERCENTAGE OF INTEREST |
|---|---|---|

None ■     b. If the debtor is a corporation, list all officers and directors of the corporation, and each stockholder who directly or indirectly owns, controls, or holds 5 percent or more of the voting or equity securities of the corporation.

| NAME AND ADDRESS | TITLE | NATURE AND PERCENTAGE OF STOCK OWNERSHIP |
|---|---|---|

**22 . Former partners, officers, directors and shareholders**

None ■     a. If the debtor is a partnership, list each member who withdrew from the partnership within **one year** immediately preceding the commencement of this case.

| NAME | ADDRESS | DATE OF WITHDRAWAL |
|---|---|---|

None ■     b. If the debtor is a corporation, list all officers, or directors whose relationship with the corporation terminated within **one year** immediately preceding the commencement of this case.

| NAME AND ADDRESS | TITLE | DATE OF TERMINATION |
|---|---|---|

**23 . Withdrawals from a partnership or distributions by a corporation**

None ■     If the debtor is a partnership or corporation, list all withdrawals or distributions credited or given to an insider, including compensation in any form, bonuses, loans, stock redemptions, options exercised and any other perquisite during **one year** immediately preceding the commencement of this case.

| NAME & ADDRESS OF RECIPIENT, RELATIONSHIP TO DEBTOR | DATE AND PURPOSE OF WITHDRAWAL | AMOUNT OF MONEY OR DESCRIPTION AND VALUE OF PROPERTY |
|---|---|---|

**24. Tax Consolidation Group.**

None ■     If the debtor is a corporation, list the name and federal taxpayer identification number of the parent corporation of any consolidated group for tax purposes of which the debtor has been a member at any time within **six years** immediately preceding the commencement of the case.

| NAME OF PARENT CORPORATION | TAXPAYER IDENTIFICATION NUMBER (EIN) |
|---|---|

B7 (Official Form 7) (04/13)
8

**25. Pension Funds.**

None
■

If the debtor is not an individual, list the name and federal taxpayer-identification number of any pension fund to which the debtor, as an employer, has been responsible for contributing at any time within **six years** immediately preceding the commencement of the case.

NAME OF PENSION FUND                                    TAXPAYER IDENTIFICATION NUMBER (EIN)

* * * * * *

## DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I declare under penalty of perjury that I have read the answers contained in the foregoing statement of financial affairs and any attachments thereto and that they are true and correct to the best of my knowledge, information and belief.

Date  **September 23, 2014**                Signature    **/s/ Peter Ro**
                                                          **Peter Ro**

[An individual signing on behalf of a partnership or corporation must indicate position or relationship to debtor.]

*Penalty for making a false statement: Fine of up to $500,000 or imprisonment for up to 5 years, or both. 18 U.S.C. §§ 152 and 3571*

B6A (Official Form 6A) (12/07)

.

In re    **Fiesta Farmers Market, Inc.**                                    ,    Case No. _____
                                                                    Debtor

# SCHEDULE A - REAL PROPERTY

Except as directed below, list all real property in which the debtor has any legal, equitable, or future interest, including all property owned as a cotenant, community property, or in which the debtor has a life estate. Include any property in which the debtor holds rights and powers exercisable for the debtor's own benefit. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor holds no interest in real property, write "None" under "Description and Location of Property."

**Do not include interests in executory contracts and unexpired leases on this schedule. List them in Schedule G - Executory Contracts and Unexpired Leases.**

If an entity claims to have a lien or hold a secured interest in any property, state the amount of the secured claim. See Schedule D. If no entity claims to hold a secured interest in the property, write "None" in the column labeled "Amount of Secured Claim." If the debtor is an individual or if a joint petition is filed, state the amount of any exemption claimed in the property only in Schedule C - Property Claimed as Exempt.

| Description and Location of Property | Nature of Debtor's Interest in Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption | Amount of Secured Claim |
|---|---|---|---|---|
| **None** | | | | |

| | | | |
|---|---|---|---|
| | Sub-Total > | **0.00** | (Total of this page) |
| | Total > | **0.00** | |

___**0**___  continuation sheets attached to the Schedule of Real Property

(Report also on Summary of Schedules)

B6B (Official Form 6B) (12/07)

In re  **Fiesta Farmers Market, Inc.**                                                    ,    Case No. _____

Debtor

# SCHEDULE B - PERSONAL PROPERTY

Except as directed below, list all personal property of the debtor of whatever kind. If the debtor has no property in one or more of the categories, place an "x" in the appropriate position in the column labeled "None." If additional space is needed in any category, attach a separate sheet properly identified with the case name, case number, and the number of the category. If the debtor is married, state whether husband, wife, both, or the marital community own the property by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the debtor is an individual or a joint petition is filed, state the amount of any exemptions claimed only in Schedule C - Property Claimed as Exempt.

**Do not list interests in executory contracts and unexpired leases on this schedule.  List them in Schedule G - Executory Contracts and Unexpired Leases.**

If the property is being held for the debtor by someone else, state that person's name and address under "Description and Location of Property."

If the property is being held for a minor child, simply state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 1.  Cash on hand | X | | | |
| 2.  Checking, savings or other financial accounts, certificates of deposit, or shares in banks, savings and loan, thrift, building and loan, and homestead associations, or credit unions, brokerage houses, or cooperatives. | | Metro  City Bank | - | 2.00 |
| | | Metro  City Bank | - | 1.00 |
| 3.  Security deposits with public utilities, telephone companies, landlords, and others. | X | | | |
| 4.  Household goods and furnishings, including audio, video, and computer equipment. | X | | | |
| 5.  Books, pictures and other art objects, antiques, stamp, coin, record, tape, compact disc, and other collections or collectibles. | X | | | |
| 6.  Wearing apparel. | X | | | |
| 7.  Furs and jewelry. | X | | | |
| 8.  Firearms and sports, photographic, and other hobby equipment. | X | | | |
| 9.  Interests in insurance policies. Name insurance company of each policy and itemize surrender or refund value of each. | X | | | |
| 10. Annuities. Itemize and name each issuer. | X | | | |

Sub-Total >            **3.00**

(Total of this page)

__2__   continuation sheets attached to the Schedule of Personal Property

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6B (Official Form 6B) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.**                                                          ,        Case No. _____
                                                    Debtor

# SCHEDULE B - PERSONAL PROPERTY
### (Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 11. Interests in an education IRA as defined in 26 U.S.C. § 530(b)(1) or under a qualified State tuition plan as defined in 26 U.S.C. § 529(b)(1). Give particulars. (File separately the record(s) of any such interest(s). 11 U.S.C. § 521(c).) | X | | | |
| 12. Interests in IRA, ERISA, Keogh, or other pension or profit sharing plans. Give particulars. | X | | | |
| 13. Stock and interests in incorporated and unincorporated businesses. Itemize. | X | | | |
| 14. Interests in partnerships or joint ventures. Itemize. | X | | | |
| 15. Government and corporate bonds and other negotiable and nonnegotiable instruments. | X | | | |
| 16. Accounts receivable. | X | | | |
| 17. Alimony, maintenance, support, and property settlements to which the debtor is or may be entitled. Give particulars. | X | | | |
| 18. Other liquidated debts owed to debtor including tax refunds. Give particulars. | X | | | |
| 19. Equitable or future interests, life estates, and rights or powers exercisable for the benefit of the debtor other than those listed in Schedule A - Real Property. | X | | | |
| 20. Contingent and noncontingent interests in estate of a decedent, death benefit plan, life insurance policy, or trust. | X | | | |
| 21. Other contingent and unliquidated claims of every nature, including tax refunds, counterclaims of the debtor, and rights to setoff claims. Give estimated value of each. | X | | | |

                                                                              Sub-Total >                    **0.00**
                                                                            (Total of this page)

Sheet __**1**__ of __**2**__ continuation sheets attached
to the Schedule of Personal Property

B6B (Official Form 6B) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE B - PERSONAL PROPERTY
(Continuation Sheet)

| Type of Property | N O N E | Description and Location of Property | Husband, Wife, Joint, or Community | Current Value of Debtor's Interest in Property, without Deducting any Secured Claim or Exemption |
|---|---|---|---|---|
| 22. Patents, copyrights, and other intellectual property. Give particulars. | X | | | |
| 23. Licenses, franchises, and other general intangibles. Give particulars. | X | | | |
| 24. Customer lists or other compilations containing personally identifiable information (as defined in 11 U.S.C. § 101(41A)) provided to the debtor by individuals in connection with obtaining a product or service from the debtor primarily for personal, family, or household purposes. | X | | | |
| 25. Automobiles, trucks, trailers, and other vehicles and accessories. | | **2013 Toyota Camry LE; Debtor's former employee drives and pays the monthly finance payment for this vehicle. Location:** | - | 12,975.00 |
| 26. Boats, motors, and accessories. | X | | | |
| 27. Aircraft and accessories. | X | | | |
| 28. Office equipment, furnishings, and supplies. | X | | | |
| 29. Machinery, fixtures, equipment, and supplies used in business. | X | | | |
| 30. Inventory. | X | | | |
| 31. Animals. | X | | | |
| 32. Crops - growing or harvested. Give particulars. | X | | | |
| 33. Farming equipment and implements. | X | | | |
| 34. Farm supplies, chemicals, and feed. | X | | | |
| 35. Other personal property of any kind not already listed. Itemize. | X | | | |

|  | Sub-Total > | 12,975.00 |
|---|---|---|
|  | (Total of this page) | |
|  | Total > | 12,978.00 |

Sheet __2__ of __2__ continuation sheets attached
to the Schedule of Personal Property

(Report also on Summary of Schedules)

B6D (Official Form 6D) (12/07)

In re    **Fiesta Farmers Market, Inc.**                                          ,    Case No. _____
                                   Debtor

# SCHEDULE D - CREDITORS HOLDING SECURED CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number of all entities holding claims secured by property of the debtor as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. List creditors holding all types of secured interests such as judgment liens, garnishments, statutory liens, mortgages, deeds of trust, and other security interests.

List creditors in alphabetical order to the extent practicable. If a minor child is a creditor, the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). If all secured creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor" ,include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H", "W", "J", or "C" in the column labeled "Husband, Wife, Joint, or Community".

If the claim is contingent, place an "X" in the column labeled "Contingent". If the claim is unliquidated, place an "X" in the column labeled "Unliquidated". If the claim is disputed, place an "X" in the column labeled "Disputed". (You may need to place an "X" in more than one of these three columns.)

Total the columns labeled "Amount of Claim Without Deducting Value of Collateral" and "Unsecured Portion, if Any" in the boxes labeled "Total(s)" on the last sheet of the completed schedule. Report the total from the column labeled "Amount of Claim" also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report the total from the column labeled "Unsecured Portion" on the Statistical Summary of Certain Liabilities and Related Data.

■  Check this box if debtor has no creditors holding secured claims to report on this Schedule D.

| CREDITOR'S NAME AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED, NATURE OF LIEN, AND DESCRIPTION AND VALUE OF PROPERTY SUBJECT TO LIEN | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM WITHOUT DEDUCTING VALUE OF COLLATERAL | UNSECURED PORTION, IF ANY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H | W J | C | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | Value $ | | | | | |
| **0**  continuation sheets attached | | | | | Subtotal (Total of this page) | | | | | |
| | | | | | Total (Report on Summary of Schedules) | | | | **0.00** | **0.00** |

B6E (Official Form 6E) (4/13)

.

In re    **Fiesta Farmers Market, Inc.**                                      ,    Case No. _____
                                              Debtor

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS

A complete list of claims entitled to priority, listed separately by type of priority, is to be set forth on the sheets provided. Only holders of unsecured claims entitled to priority should be listed in this schedule. In the boxes provided on the attached sheets, state the name, mailing address, including zip code, and last four digits of the account number, if any, of all entities holding priority claims against the debtor or the property of the debtor, as of the date of the filing of the petition. Use a separate continuation sheet for each type of priority and label each with the type of priority.

The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H-Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community." If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of claims listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all claims listed on this Schedule E in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules.

Report the total of amounts entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

Report the total of amounts not entitled to priority listed on each sheet in the box labeled "Subtotals" on each sheet. Report the total of all amounts not entitled to priority listed on this Schedule E in the box labeled "Totals" on the last sheet of the completed schedule. Individual debtors with primarily consumer debts report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐ Check this box if debtor has no creditors holding unsecured priority claims to report on this Schedule E.

**TYPES OF PRIORITY CLAIMS** (Check the appropriate box(es) below if claims in that category are listed on the attached sheets)

☐ **Domestic support obligations**

Claims for domestic support that are owed to or recoverable by a spouse, former spouse, or child of the debtor, or the parent, legal guardian, or responsible relative of such a child, or a governmental unit to whom such a domestic support claim has been assigned to the extent provided in 11 U.S.C. § 507(a)(1).

☐ **Extensions of credit in an involuntary case**

Claims arising in the ordinary course of the debtor's business or financial affairs after the commencement of the case but before the earlier of the appointment of a trustee or the order for relief. 11 U.S.C. § 507(a)(3).

☐ **Wages, salaries, and commissions**

Wages, salaries, and commissions, including vacation, severance, and sick leave pay owing to employees and commissions owing to qualifying independent sales representatives up to $12,475* per person earned within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(4).

☐ **Contributions to employee benefit plans**

Money owed to employee benefit plans for services rendered within 180 days immediately preceding the filing of the original petition, or the cessation of business, whichever occurred first, to the extent provided in 11 U.S.C. § 507(a)(5).

☐ **Certain farmers and fishermen**

Claims of certain farmers and fishermen, up to $6,150* per farmer or fisherman, against the debtor, as provided in 11 U.S.C. § 507(a)(6).

☐ **Deposits by individuals**

Claims of individuals up to $2,775* for deposits for the purchase, lease, or rental of property or services for personal, family, or household use, that were not delivered or provided. 11 U.S.C. § 507(a)(7).

■ **Taxes and certain other debts owed to governmental units**

Taxes, customs duties, and penalties owing to federal, state, and local governmental units as set forth in 11 U.S.C. § 507(a)(8).

☐ **Commitments to maintain the capital of an insured depository institution**

Claims based on commitments to the FDIC, RTC, Director of the Office of Thrift Supervision, Comptroller of the Currency, or Board of Governors of the Federal Reserve System, or their predecessors or successors, to maintain the capital of an insured depository institution. 11 U.S.C. § 507 (a)(9).

☐ **Claims for death or personal injury while debtor was intoxicated**

Claims for death or personal injury resulting from the operation of a motor vehicle or vessel while the debtor was intoxicated from using alcohol, a drug, or another substance. 11 U.S.C. § 507(a)(10).

*\* Amount subject to adjustment on 4/01/16, and every three years thereafter with respect to cases commenced on or after the date of adjustment.*

                                    __1__    continuation sheets attached

B6E (Official Form 6E) (4/13) - Cont.

In re **Fiesta Farmers Market, Inc.**                                              , Case No. _____
                                    **Debtor**

# SCHEDULE E - CREDITORS HOLDING UNSECURED PRIORITY CLAIMS
(Continuation Sheet)

**Taxes and Certain Other Debts
Owed to Governmental Units**

TYPE OF PRIORITY

| CREDITOR'S NAME, AND MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM | AMOUNT NOT ENTITLED TO PRIORITY, IF ANY | AMOUNT ENTITLED TO PRIORITY |
|---|---|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | | | |
| Account No. | | | | **Business Debt** | | | | | | |
| **Dekalb County Tax Commissioner** PO Box 100004 Decatur, GA 30031 | - | | | | | | | 14,248.72 | 0.00 | 14,248.72 |
| Account No. **xxx-xx4552** | | | | **2013** **Sales and Use Tax** | | | | | | |
| **GA Department of Revenue** Compliance Division PO Box 105499 Atlanta, GA 30348-5499 | - | | | | | | | 439,452.93 | 0.00 | 439,452.93 |
| Account No. | | | | **2012** **Sales & Use Tax** | | | | | | |
| **GA Department of Revenue** Processing Center P.O. Box 740319 Atlanta, GA 30374-0319 | - | | | | | | | 9,498.19 | 0.00 | 9,498.19 |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |
| Account No. | | | | | | | | | | |
| | | | | | | | | | | |

Sheet **1** of **1** continuation sheets attached to
Schedule of Creditors Holding Unsecured Priority Claims

|  | Subtotal (Total of this page) | 0.00 463,199.84 | 463,199.84 |
|---|---|---|---|
|  | Total (Report on Summary of Schedules) | 0.00 463,199.84 | 463,199.84 |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07)

In re  **Fiesta Farmers Market, Inc.**                                      , Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

State the name, mailing address, including zip code, and last four digits of any account number, of all entities holding unsecured claims without priority against the debtor or the property of the debtor, as of the date of filing of the petition. The complete account number of any account the debtor has with the creditor is useful to the trustee and the creditor and may be provided if the debtor chooses to do so. If a minor child is a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m). Do not include claims listed in Schedules D and E. If all creditors will not fit on this page, use the continuation sheet provided.

If any entity other than a spouse in a joint case may be jointly liable on a claim, place an "X" in the column labeled "Codebtor," include the entity on the appropriate schedule of creditors, and complete Schedule H - Codebtors. If a joint petition is filed, state whether the husband, wife, both of them, or the marital community may be liable on each claim by placing an "H," "W," "J," or "C" in the column labeled "Husband, Wife, Joint, or Community."

If the claim is contingent, place an "X" in the column labeled "Contingent." If the claim is unliquidated, place an "X" in the column labeled "Unliquidated." If the claim is disputed, place an "X" in the column labeled "Disputed." (You may need to place an "X" in more than one of these three columns.)

Report the total of all claims listed on this schedule in the box labeled "Total" on the last sheet of the completed schedule. Report this total also on the Summary of Schedules and, if the debtor is an individual with primarily consumer debts, report this total also on the Statistical Summary of Certain Liabilities and Related Data.

☐  Check this box if debtor has no creditors holding unsecured claims to report on this Schedule F.

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | | - | | **Business Debt** | | | | |
| **2 Amigos Distribution, LLC** **715 Ambur Cove Way** **Lawrenceville, GA 30043** | | | | | | | | | 806.84 |
| Account No. | | | - | | **Notice Only** | | | | |
| **A&D Foods** **65 Crestridge Drive** **Suwanee, GA 30024** | | | | | | | | | 0.00 |
| Account No. | | | - | | **Business Debt** | | | | |
| **A. Rico Adobos & Seasonings** **P.O. Box 2354** **Cumming, GA 30028** | | | | | | | | | 210.00 |
| Account No. | | | - | | **Business Debt** | | | | |
| **Able Co.** **124 Forest Pkwy** **Suite A** **Forest Park, GA 30297** | | | | | | | | | 7,827.24 |
| __34__ continuation sheets attached | | | | | Subtotal (Total of this page) | | | | 8,844.08 |

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.**                                    ,        Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community<br>DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Ace Produce, LLC<br>P.O. Box 2333<br>Forest Park, GA 30298** | - | | **Business Debt** | | | | 10,818.00 |
| Account No.<br><br>**Advance Trace Inc.<br>3166 Oakcliff Industrial St.<br>Atlanta, GA 30340** | - | | **Business Debt** | | | | 835.38 |
| Account No.<br><br>**Agustina Huerta<br>2925 Sumac Drive<br>Atlanta, GA 30360** | - | | **Business Debt** | | | | 225.00 |
| Account No.<br><br>**Airgas<br>2015 Vaughn Road, Suite 400<br>Kennesaw, GA 30144-7802** | - | | **Business Debt** | | | | 691.92 |
| Account No.<br><br>**Aladdin Farms Inc.<br>P.O. Box 142<br>Howey in the Hills, FL 34737** | - | | **Business Debt** | | | | 18,462.50 |

Sheet no. __1__ of __34__ sheets attached to Schedule of                          Subtotal                          31,032.80
Creditors Holding Unsecured Nonpriority Claims                         (Total of this page)

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.**                                                    ,          Case No. _____
                                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Aleva Trucking & Produce, LLC**<br>**16 Forest Pkwy**<br>**Shell 22 Stall Unit 29 Box 2**<br>**Forest Park, GA 30297** | - | | **Business Debt** | | | | **5,739.00** |
| Account No. **xxxxxx46S4**<br><br>**American Express Bank, FSB**<br>**c/o Zwicker Firm**<br>**2470 Satellite Blvd, Ste 120**<br>**Duluth, GA 30096** | - | | **Business Debt/Default Judgment** | | | | **20,998.13** |
| Account No. **xxxxx9405**<br><br>**American Express Bank, FSB**<br>**c/o Zwicker & Associates, P.C.**<br>**2470 Satellite Blvd, Ste 120**<br>**Duluth, GA 30096** | - | | **Business Debt/Default Judgment** | | | | **10,186.00** |
| Account No. **xxxxx9383**<br><br>**American Express Centurion Bnk**<br>**c/o Zwicker & Associates, P.C.**<br>**2470 Satellite Blvd., Ste. 120**<br>**Duluth, GA 30096** | - | | **Business Debt/Default Judgment** | | | | **6,181.24** |
| Account No.<br><br>**Amtrust North America, Inc.**<br>**P.O. Box 318004**<br>**Independence, OH 44131-9973** | - | | **Business Debt** | | | | **2,309.00** |

Sheet no. __2__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**45,413.37**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.**                                    ,        Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | HWJC Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Atlanta Nut Company, Inc.**<br>**2999 Amwiler Rd.**<br>**Atlanta, GA 30360** | - | | **Business Debt** | | | | **706.57** |
| Account No.<br><br>**Atlanta Seafood Company**<br>**PO Box 460**<br>**Hampstead, NC 28443** | - | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Atlanta Tomato, LLC**<br>**16 Forest Pkwy., C-5**<br>**Forest Park, GA 30297** | - | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Azteca Milling, LP**<br>**PO Box 843769**<br>**Dallas, TX 75284-3769** | - | | **Business Debt** | | | | **3,448.17** |
| Account No. **0326**<br><br>**Bank of America**<br>**PO  Box 982236**<br>**El Paso, TX 79998-2236** | - | | **Notice Only** | | | | **0.00** |

Sheet no. __3__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**4,154.74**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fiesta Farmers Market, Inc.**                                                    Case No. _____
_____,
                                Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. **0326** | | - | | Notice Only | | | | |
| **Bank of America** **P.O. Box 15019** **Wilmington, DE 19850-5019** | | | | | | | | 0.00 |
| Account No. | | - | | Business Debt | | | | |
| **Bar-S Food** **1265 Oakbrook Dr.** **Norcross, GA 30093** | | | | | | | | 3,533.22 |
| Account No. | | - | | Notice Only | | | | |
| **Barrientos International Foods** **2612 Pierce Brennen Ct.** **Lawrenceville, GA 30043** | | | | | | | | 0.00 |
| Account No. | | - | | Business Debt | | | | |
| **Bimbo Foods, Inc.** **255 Business Center** **Horsham, PA 19044** | | | | | | | | 2,066.04 |
| Account No. **xx-x-2659** | | - | | Business Debt/Default Judgment | | | | |
| **BJS Plaza Fiesta, LLC** **c/o Pursley Friese Torgrimson** **1230 Peachtree St., NE #1200** **Atlanta, GA 30309** | | | | | | | | 1,089,358.46 |

Sheet no. __4__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                  1,094,957.72

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.**                                      ,        Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Notice Only | | | | |
| BJS Plaza Fiesta, LLC c/o Kennedy Wilson Properties PO Box 2098 Yucca Valley, CA 92286-2098 | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Blue Ridge Beef Plant, Inc. PO Box 397 Belton, SC 29627 | - | | | | | | | 15,278.02 |
| Account No. **3245** | | | | Notice Only | | | | |
| Capital One Mastercard c/o FNCB, Inc. P.O. Box 51660 Sparks, NV 89435 | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Chammill Food, Inc. 5178 Brooks Unit B Montclair, CA 91763 | - | | | | | | | 216.00 |
| Account No. | | | | Business Debt | | | | |
| Chang-Tuh Co. 148 N. Ridgewood Pl. Los Angeles, CA 90004 | - | | | | | | | 7,725.00 |

Sheet no. __5__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

23,219.02

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.**                                    ,    Case No. _____
                                          Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxxx2848** | | | | Business Debt/Default Judgment | | | | |
| **Chau Nguyen & Hong Kong Market c/o Nguyen Tran Law Firm, LLC 3100 Five Forks Trickum Rd 301 Lilburn, GA 30047** | - | | | | | | | 482,922.50 |
| Account No. | | | | Business Debt | | | | |
| **Chef Merito 7915 Sepulveda Blvd Van Nuys, CA 91405** | - | | | | | | | 1,169.98 |
| Account No. | | | | Notice Only | | | | |
| **Chen Sheng Jian 1117 E. Montgomery Cross Rd. Savannah, GA 31406** | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| **Chi Du Mex Wholesales LLC 4666-E Lake Mirror Place Forest Park, GA 30297** | - | | | | | | | 2,191.40 |
| Account No. | | | | Notice Only | | | | |
| **Chicago Farms LLC 1354 AL Hwy. 125 Brundidge, AL 36010** | - | | | | | | | 0.00 |

Sheet no. __6___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                486,283.88

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.**                                    ,    Case No. _____
                                          Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Coca-Cola Refreshments** **PO Box 403390** **Atlanta, GA 30384** | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| **Collins Brothers Produce** **PO Box 1025** **Forest Park, GA 30297** | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| **Coosemans Atlanta, Inc.** **16 Forest Pkwy** **Bldg E 1** **Forest Park, GA 30297** | - | | | | | | 333.25 |
| Account No. | | | Business Debt | | | | |
| **Crown Credit Company, Inc.** **PO Box 640352** **Cincinnati, OH 45264-0352** | - | | | | | | 1,971.50 |
| Account No. | | | Business Debt | | | | |
| **Dade Paper** **600 Hartman Industrial Ct., SW** **#200** **Austell, GA 30168** | - | | | | | | 296.80 |

Sheet no. __7___ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                      2,601.55

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.**                 ,    Case No. _____
                                       Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. <br><br> **Daves Creek Meat Market, Inc.** <br> **1845 Edgemont Ct.** <br> **Cumming, GA 30041** | - | | | Notice Only <br><br><br> | | | | 0.00 |
| Account No. <br><br> **DC's Fish Market** <br> **PO Box 251** <br> **Charleston, TN 37310** | - | | | Business Debt <br><br><br> | | | | 357.00 |
| Account No. <br><br> **Diaz** <br> **5501 Fulton Industrial Blvd.** <br> **Atlanta, GA 30336** | - | | | Notice Only <br><br><br> | | | | 0.00 |
| Account No. <br><br> **Distribuidora Limena, Inc.** <br> **712-A Winter Industrial Way** <br> **Lawrenceville, GA 30046** | - | | | Notice Only <br><br><br> | | | | 0.00 |
| Account No. **xxxxx2848** <br><br> **Douglas D. Nguyen** <br> **Nguyen Tran Law Firm, LLC** <br> **3100Five Fork Trickum Rd #301** <br> **Lilburn, GA 30047** | - | | | Notice Only (Attorneys for Chau Nguyen and Hong Kong Market, Inc.) <br><br> | | | | 0.00 |

Sheet no. __8__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

               Subtotal
           (Total of this page)        **357.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.**                                    ,    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br> **E&A Management Inc.** <br> **2915 Centerville Hwy** <br> **Snellville, GA 30078** | - | | Business Debt | | | | 225.00 |
| Account No. <br><br> **Eagle Rock Distributing Co.** <br> **1375 Beverage Dr.** <br> **Stone Mountain, GA 30083** | - | | Notice Only | | | | 0.00 |
| Account No. <br><br> **Earthgrains Baking Co's Inc.** <br> **3310 Panthersville Rd.** <br> **Decatur, GA 30034** | - | | Business Debt | | | | 71.98 |
| Account No. <br><br> **Egis Exportation Inc.** <br> **5150 Buford Hwy** <br> **C-280** <br> **Atlanta, GA 30340** | - | | Business Debt | | | | 714.00 |
| Account No. <br><br> **El Jarocho Inc.** <br> **1625 Oakbrook Dr.** <br> **Norcross, GA 30092** | - | | Notice Only | | | | 0.00 |

Sheet no. __9__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                    1,010.98

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.** _____,    Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W | J C | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No. <br><br> **El Milagro** <br> **2674 Weaver Way** <br> **Atlanta, GA 30340** | | - | | **Business Debt** | | | | 2,924.58 |
| Account No. **xx8368** <br><br> **Elan Financial Services** <br> **c/o Professional Recovery Svs.** <br> **P.O. Box 1880** <br> **Voorhees, NJ 08043** | | - | | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **ETR Merchadise Co** <br> **734 S. Alameda Street** <br> **Bldg. A** <br> **Los Angeles, CA 90021-1616** | | - | | **Business Debt** | | | | 220,503.51 |
| Account No. **5384** <br><br> **FIA Card Services, N.A.** <br> **c/o Sunrise Credit Svs., Inc.** <br> **PO Box 9100** <br> **Farmingdale, NY 11735-9100** | | - | | **Notice Only** | | | | 0.00 |
| Account No. <br><br> **Fidelity Fruit & Produce Co.** <br> **16 Forest Pkwy** <br> **Forest Park, GA 30297** | | - | | **Business Debt** | | | | 6,370.00 |

Sheet no. __10__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

229,798.09

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.** _____ ,        Case No. _____
                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. <br><br>**First Choice Foods** <br>**1440 Ventura Drive** <br>**Cumming, GA 30040** | - | | Business Debt | | | | 3,243.85 |
| Account No. **xxxx3260** <br><br>**First Natl Collection Bureau** <br>**610 Waltham Way** <br>**Sparks, NV 89434** | - | | Collectiosn for Pinnacle Credit Services, LLC | | | | 3,088.13 |
| Account No. <br><br>**Flowers Baking Co.** <br>**of Villa Rica** <br>**PO Box 100817** <br>**Atlanta, GA 30384** | - | | Business Debt | | | | 322.33 |
| Account No. **xxxxxx46S4** <br><br>**Floyd Dickens** <br>**Zwicker & Associates, P.C.** <br>**2470 Satellite Blvd, Ste. 120** <br>**Duluth, GA 30096** | - | | Notice Only | | | | 0.00 |
| Account No. **xxxx3260** <br><br>**FNCB, Inc.** <br>**PO Box 51660** <br>**Sparks, NV 89435** | - | | Notice Only | | | | 0.00 |

Sheet no. __11__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        **6,654.31**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.** _____,        Case No. _____
                                            Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | - | | **Business Debt** | | | | |
| **Food One Inc**<br>**5300 Webb Pkwy**<br>**Ste. A**<br>**Lilburn, GA 30047** | | | | | | | | 178.10 |
| Account No. | | - | | **Business Debt** | | | | |
| **Food Way USA Corp**<br>**Miami Produce**<br>**1247 NW 21st St. Stalls 23-26**<br>**Miami, FL 33142** | | | | | | | | 112,573.75 |
| Account No. | | - | | **Business Debt** | | | | |
| **Frito-Lay**<br>**75 Remittance Dr.**<br>**Suite 1217**<br>**Chicago, IL 60675** | | | | | | | | 1,323.77 |
| Account No. | | - | | **Notice Only** | | | | |
| **Frontera Imports**<br>**143 Lake Mirror Rd.**<br>**Forest Park, GA 30297** | | | | | | | | 0.00 |
| Account No. | | - | | **Business Debt** | | | | |
| **GA Department of Labor**<br>**PO Box 740234**<br>**Atlanta, GA 30374-0234** | | | | | | | | 7,488.25 |

Sheet no. __12__ of __34__ sheets attached to Schedule of                          Subtotal                    121,563.87
Creditors Holding Unsecured Nonpriority Claims                           (Total of this page)

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.** _____,   Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**GA Dept of Revenue**<br>**Alcohol & Tobacco Division**<br>**PO Box 105458**<br>**Atlanta, GA 30348-5458** | - | | | Notice Only | | | | 0.00 |
| Account No.<br><br>**GA Dept. of Agriculture**<br>**19 Martin Luther King Dr., SW**<br>**Room 306**<br>**Atlanta, GA 30334-4201** | - | | | Business Debt | | | | 200.00 |
| Account No.<br><br>**GA Natural Gas**<br>**PO Box 105445**<br>**Atlanta, GA 30348-5445** | - | | | Business Debt | | | | 395.23 |
| Account No.<br><br>**GA Power**<br>**96 Annex**<br>**Atlanta, GA 30396-0001** | - | | | Notice Only | | | | 0.00 |
| Account No. **xxxxxx4215**<br><br>**GB Collects, LLC**<br>**145 Bradford Dr.**<br>**West Berlin, NJ 08091-9269** | - | | | Notice Only | | | | 0.00 |

Sheet no. __13__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)      595.23

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.** _____ ,      Case No. _____
                                     Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| General Produce, Inc. 16 Forest Pkwy Bldg. M Forest Park, GA 30297 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| General Wholesale Beer Company 1271 Tacoma Dr., NW Atlanta, GA 30318 | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| Get Seafood Inc. 1062 Thomas Rd. Winter Haven, FL 33880 | - | | | | | | 1,770.00 |
| Account No. | | | Business Debt | | | | |
| Go Green Produce PO Box 500581 Atlanta, GA 31150 | - | | | | | | 1,298.70 |
| Account No. | | | Business Debt | | | | |
| Golden Wholesale Dists. Inc. 309 Oakland Rd. Lawrenceville, GA 30044 | - | | | | | | 91.60 |

Sheet no. __14__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)        3,160.30

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.** _____,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | - | Notice Only | | | | |
| **Goya** **1900 NW 92nd Ave.** **Miami, FL 33172** | | | | | | | **0.00** |
| Account No. | | - | Notice Only | | | | |
| **Grainger** **Dept. 879923589** **Palatine, IL 60038-0001** | | | | | | | **0.00** |
| Account No. | | - | Notice Only | | | | |
| **Guard Insurance Group** **PO Box 62479** **Baltimore, MD 21264-2479** | | | | | | | **0.00** |
| Account No. **xxxxxx4215** | | - | Business Debt | | | | |
| **Guard Insurance Group** **c/o GB Collects, LLC** **145 Bradford Dr.** **West Berlin, NJ 08091-9269** | | | | | | | **3,413.00** |
| Account No. | | - | Notice Only | | | | |
| **Hatcher Produce Co., Inc.** **16 Forest Pkwy** **Forest Park, GA 30297** | | | | | | | **0.00** |

Sheet no. __**15**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**3,413.00**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.**                                              ,    Case No. _____
Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Hispano Caribe Distrib. LLC 3793 A North Peachtree Rd. Atlanta, GA 30341 | - | | | | | | | 1,547.79 |
| Account No. | | | | Business Debt | | | | |
| Hong Kong Supermarket 5495 Jimmy Carter Blvd. Suite F-100 Norcross, GA 30093 | - | | | | | | | 24,372.53 |
| Account No. | | | | Notice Only | | | | |
| Hong Kong Tokyo Food Supplies 10584-2 Old Saint Agustine Rd. Jacksonville, FL 32257 | - | | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| HP Transport Inc. 905 Via Blairo Corona, CA 92879 | - | | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| Inland Seafood PO Box 450669 Atlanta, GA 31145 | - | | | | | | | 7,006.15 |

Sheet no. __16__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

| | Subtotal (Total of this page) | 32,926.47 |
|---|---|---|

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fiesta Farmers Market, Inc.** _____,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W J C | | | | | | |
| Account No. | | - | | Notice Only | | | | |
| Integrity Insurance & Finance 282 S. Main St., Ste D Alpharetta, GA 30009 | | | | | | | | 0.00 |
| Account No. | | - | | Notice Only | | | | |
| Interguard LTD Guard Ins. 16 South River Street Wilkes Barre, PA 18702-2406 | | | | | | | | 0.00 |
| Account No. | | - | | Business Debt | | | | |
| International World Foods 6395 McDonough Dr., Ste D Norcross, GA 30093 | | | | | | | | 2,670.56 |
| Account No. **xxxx4-205** | | - | | Business Debt | | | | |
| Is-Pe Produce Inc. c/o Roma, Kirshbaum & Schmidt 4600 N. State Hwy 6, Ste. #101 Houston, TX 77084 | | | | | | | | 19,635.75 |
| Account No. | | - | | Business Debt | | | | |
| IS-PE PRODUCE, Inc. 2501 W. Military Hwy. B-4 McAllen, TX 78503 | | | | | | | | 19,827.75 |

Sheet no. __17__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)          42,134.06

Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.**                                    ,         Case No. _____
                                                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
## (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| J&G Poultry & Seafood<br>2360 Monroe Dr.<br>Gainesville, GA 30501 | - | | | | | | 4,099.99 |
| Account No. | | | Notice Only | | | | |
| June Towery<br>201 17th St., NW, Ste. 1700<br>Atlanta, GA 30363 | - | | | | | | 0.00 |
| Account No. | | | Notice Only | | | | |
| Kelly's Food Atlanta<br>PO  Box 250509<br>Atlanta, GA 30325 | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| Kim Namil<br>130 Alvord Court<br>Suwanee, GA 30024 | - | | | | | | 169.00 |
| Account No. | | | Business Debt | | | | |
| Koco Trading Co.<br>6833 E. Acco Street<br>Los Angeles, CA 90040 | - | | | | | | 45,714.60 |

Sheet no. __18__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                     49,983.59

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fiesta Farmers Market, Inc.**                                    ,          Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Kreative Technology Partners** **3850 Holcomb Bridge Rd.** **Suite 245** **Norcross, GA 30092** | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| **KUS Trading LLC** **2670 N. Berkeley Lake Rd.** **#17** **Duluth, GA 30096** | - | | | | | | 3,505.00 |
| Account No. | | | Business Debt | | | | |
| **L& R Farms Inc.** **1236 Wayne Poultry Rd.** **Pendergrass, GA 30567** | - | | | | | | 2,364.72 |
| Account No. | | | Business Debt | | | | |
| **La Fortuna Cash & Carry** **4666 Lake Mirror Pl.** **Forest Park, GA 30297** | - | | | | | | 643.85 |
| Account No. | | | Business Debt | | | | |
| **La Providencia** **PO Box 843789** **Dallas, TX 75284-3789** | - | | | | | | 8,569.76 |

Sheet no. __19__ of __34__  sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

15,083.33

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                    Best Case Bankruptcy

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.**                                    ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**La Tortilleria**<br>**2900 Lowery St.**<br>**Winston Salem, NC 27101** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Lisy Corp**<br>**3400 NW 67 Street**<br>**Miami, FL 33147** | - | | Business Debt | | | | 2,841.74 |
| Account No. **xxxxxx46S4**<br><br>**Madge R. Buckle**<br>**Zwicker & Associates, P.C.**<br>**2470 Satellite Blvd, Ste. 120**<br>**Duluth, GA 30096** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Marquez Brothers**<br>**8207 N. Loop E Ste. 200**<br>**Houston, TX 77029** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Matador Distributing LLC**<br>**PO Box 102925**<br>**Atlanta, GA 30368** | - | | Business Debt | | | | 603.00 |

Sheet no. __20__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)          3,444.74

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.** _____,    Case No. _____
                                        Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Business Debt | | | | |
| **Maya Foods LLC** **16 Forest Pkwy Unit 13-16** **Forest Park, GA 30297** | - | | | | | | 14,585.00 |
| Account No. | | | Notice Only | | | | |
| **Mayfield Diary Farms LLC** **1971 Delk Industrial Blvd** **Marietta, GA 30067** | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| **McCarthy, Burgess & Wolff** **The MB&W Building** **26000 Cannon  Rd.** **Cleveland, OH 44146** | - | | | | | | 15,532.00 |
| Account No. | | | Business Debt | | | | |
| **Mercado Hispano** **6519 Warren Dr.** **Norcross, GA 30093** | - | | | | | | 2,252.38 |
| Account No. | | | Business Debt | | | | |
| **Mexican Products** **2466  Wagon Wheel Trace** **Duluth, GA 30096** | - | | | | | | 910.00 |

Sheet no. __21__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)   33,279.38

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fiesta Farmers Market, Inc.** _____ ,    Case No. _____
_____Debtor_____

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | CODEBTOR | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | CONTINGENT | UNLIQUIDATED | DISPUTED | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. | | | | Business Debt | | | | |
| Mission Foods PO Box 843789 Dallas, TX 75284 | | - | | | | | | 297.82 |
| Account No. | | | | Notice Only | | | | |
| Monica R. Owens, Esq. Pursley Friese Torgrimson 1230 Peachtreet St, NE #1200 Atlanta, GA 30309 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| MY-A & Co. Schuster Dr. Hyattsville, MD 20781 | | - | | | | | | 0.00 |
| Account No. **xx-xx-x2848** | | | | Notice Only | | | | |
| Nguyen Tran Law Firm, LLC 3100 Five Forks Trickum Road Suite 301 Lilburn, GA 30047 | | - | | | | | | 0.00 |
| Account No. | | | | Notice Only | | | | |
| Nopalina 2094 N. Milwaukee Ave. 2nd Floord Chicago, IL 60647 | | - | | | | | | 0.00 |

Sheet no. __22__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

297.82

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fiesta Farmers Market, Inc.**                                        ,        Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| Account No. | | | | Business Debt | | | | |
| Ocho Rios Atlanta, Inc. 1989 Tucker Industrial Rd. Tucker, GA 30084 | - | | | | | | | 225.24 |
| Account No. **x4155** | | | | Business Debt | | | | |
| Odwalla, Inc. PO Box 742456 Los Angeles, CA 90074-2456 | - | | | | | | | 90.17 |
| Account No. | | | | Business Debt | | | | |
| Ole Mexian Foods, Inc. 6585 Crescent Dr. Norcross, GA 30071 | - | | | | | | | 1,422.08 |
| Account No. | | | | Business Debt | | | | |
| Pacheco Distributor 3172 Oakcliff Industrial Atlanta, GA 30340 | - | | | | | | | 2,316.30 |
| Account No. | | | | Notice Only | | | | |
| Premium Distributors Inc. PO Box 6274 Marietta, GA 30065 | - | | | | | | | 0.00 |

Sheet no. __23__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                4,053.79

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.**                                    ,    Case No. _____
                                    Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| **Presley's Fish**<br>**575 Crosswinds Dr.**<br>**Mount Juliet, TN 37122** | - | | | | | | **0.00** |
| Account No. | | | Notice Only | | | | |
| **Prime Meats**<br>**2150 Boggs Rd., Ste 500**<br>**Duluth, GA 30096** | - | | | | | | **0.00** |
| Account No. | | | Business Debt | | | | |
| **Produce Exchange of Atlanta**<br>**16 Forest Pkwy, Bdlg E**<br>**Forest Park, GA 30297** | - | | | | | | **41,753.50** |
| Account No. | | | Notice Only | | | | |
| **Product  Service, LLC**<br>**465 Maltbie St., Ste. 110**<br>**Lawrenceville, GA 30046** | - | | | | | | **0.00** |
| Account No. | | | Business Debt | | | | |
| **Productors Dona Betty, Inc.**<br>**1068 Raleigh Way**<br>**Lawrenceville, GA 30043** | - | | | | | | **766.46** |

Sheet no. __24__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                        **42,519.96**

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fiesta Farmers Market, Inc.**                                          ,    Case No. _____
                                Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx7617** | | | | Collections for Elan Financial Services | | | | |
| **Professional Recovery Svs. Inc** **P.O. Box 1880** **Voorhees, NJ 08043** | | - | | | | | | 14,476.02 |
| Account No. | | | | Notice Only (Attorneys for BJS Plaza Fiesta, LLC) | | | | |
| **Pursley Friese Torgrimson, LLP** **1230 Peachtree St., NE** **Suite 1200** **Atlanta, GA 30309** | | - | | | | | | 0.00 |
| Account No. | | | | Business Debt | | | | |
| **Q-Mark Supply, LLC** **3939 Lavista Rd., E-132** **Tucker, GA 30084** | | - | | | | | | 5,817.02 |
| Account No. | | | | Business Debt | | | | |
| **Quesos Finos Mexicanos LLC** **7647 S. Kedzie Ave.** **Chicago, IL 60652** | | - | | | | | | 264.19 |
| Account No. **xxxxx2848** | | | | Notice Only | | | | |
| **Quynh-Nga T. Tran** **Nguyen Tran Law Firm, LLC** **3100Five Forks Trickum Rd #301** **Lilburn, GA 30047** | | - | | | | | | 0.00 |

Sheet no. __25__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

20,557.23

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.**                                          ,      Case No. _____
                                            Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
### (Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|---|
| | | H | W J C | | | | | | |
| Account No. | | - | | | Business Debt | | | | |
| **Rand Refrigeration** **2481 Merrion Park Court** **Dacula, GA 30019** | | | | | | | | | **2,125.00** |
| Account No. | | - | | | Notice Only | | | | |
| **Reddy Ice** **1578 East Taylor Ave.** **Atlanta, GA 30344** | | | | | | | | | **0.00** |
| Account No. | | - | | | Business Debt | | | | |
| **RicAle Distributors** **PO Box 2805** **Norcross, GA 30091** | | | | | | | | | **219.00** |
| Account No. **xxxx4-205** | | - | | | Notice Only | | | | |
| **Roma, Kirshbaum & Schmidt** **4600 North State Hwy 6** **Suite 101** **Houston, TX 77084** | | | | | | | | | **0.00** |
| Account No. | | - | | | Business Debt | | | | |
| **RT USA** **1000 Northbrook Pkwy** **Suite C** **Suwanee, GA 30024** | | | | | | | | | **6,606.44** |

Sheet no. __26__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                          **8,950.44**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fiesta Farmers Market, Inc.** ,  Case No. _____

Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS

(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No.  Saborex 1892 Forge St. Tucker, GA 30084 | | - | | Notice Only | | | | 0.00 |
| Account No.  Sanwa Produce Atlanta Market 16 Forest Park Bldg B6 Forest Park, GA 30297 | | - | | Notice Only | | | | 0.00 |
| Account No.  Saul Barrios 1258 Love Bridge Rd. Calhoun, GA 30701 | | - | | Business Debt | | | | 562.50 |
| Account No.  Seafood Cargo, Inc. PO Box 2424 Lagrange, GA 30241 | | - | | Notice Only | | | | 0.00 |
| Account No.  Shalom  GA Distribuidora 2855 Forsyth Park Lane Suwanee, GA 30024 | | - | | Business Debt | | | | 217.57 |

Sheet no. __27__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

780.07

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.**                                      ,        Case No. _____
                                      **Debtor**

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Sigma Foods Inc.**<br>**1265 Oakbrook Dr.**<br>**Norcross, GA 30093** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**South Mill**<br>**PO Box 1037 Kennett Square**<br>**Kennett Square, PA 19348** | - | | Business Debt | | | | 1,296.75 |
| Account No.<br><br>**Southern Grower Inc.**<br>**2838 E. Ponce De Leon Ave.**<br>**Decatur, GA 30030** | - | | Business Debt | | | | 7,183.00 |
| Account No.<br><br>**Souto Foods,LLC**<br>**3000 Old Alabama Rd.**<br>**Ste. 119-154**<br>**Alpharetta, GA 30022** | - | | Notice Only | | | | 0.00 |
| Account No. **xx-x-2659**<br><br>**State Court of Cobb County**<br>**Clerk of Court CAFN: 14-G-2659**<br>**12 East Park Square**<br>**Marietta, GA 30090** | - | | Notice Purpose Only | | | | 0.00 |

Sheet no. __28__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                 8,479.75

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.**                                    ,    Case No. _____
                                                              **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. **xx-x-2659** <br><br> **State Court of Cobb County Clerk, Case No.: 14-G-2659 12 East Park Square Marietta, GA 30090** | - | | Notice Purpose Only | | | | 0.00 |
| Account No. **xxxxxxx670E** <br><br> **State Court of Fulton County Clerk, Case No.13EV018670E 185 Central Avenue, SW Atlanta, GA 30303** | - | | Notice Purpose Only | | | | 0.00 |
| Account No. **xxxxx46S4** <br><br> **State Court of Gwinnett County Clerk, Case No.: 14C00546S4 75 Langley Drive Lawrenceville, GA 30046-0880** | - | | Notice Purpose Only | | | | 0.00 |
| Account No. **xxxxx9405** <br><br> **State Court of Gwinnett County Clerk, Case No.: 14C009405 75 Langley Drive Lawrenceville, GA 30046-0880** | - | | Notice Purpose Only | | | | 0.00 |
| Account No. **xxxxx9383** <br><br> **State Court of Gwinnett County Clerk, Case No.: 14C009383 75 Langley Drive Lawrenceville, GA 30046-0880** | - | | Notice Purpose Only | | | | 0.00 |

Sheet no. __29__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)                                              0.00

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.**                                      ,    Case No. _____
                                              Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|---|
| | | H W | J C | | | | | |
| Account No. **xxxx-xx145-1** | | - | | Notice Purpose Only | | | | |
| State Court of Gwinnett County Clerk, Case No.: 14GC-03145-1 75 Langley Drive Lawrenceville, GA 30046-0880 | | | | | | | | 0.00 |
| Account No. **xx-x-2659** | | - | | Notice Only | | | | |
| Stephanie Friese Aron 1230 Peachtree St., NE Suite 1200 Atlanta, GA 30309 | | | | | | | | 0.00 |
| Account No. | | - | | Notice Only | | | | |
| Sunbelt Produce Distributor 16 Forest Pkwy Bldg. A, Unit 2, Box 12 Forest Park, GA 30297 | | | | | | | | 0.00 |
| Account No. **xxxx2795** | | - | | Collections for FIA Card Services, N.A. | | | | |
| Sunrise Credit Svs., Inc. P.O. Box 9100 Farmingdale, NY 11735-9100 | | | | | | | | 12,767.23 |
| Account No. **xxxxxx670E** | | - | | Notice Only | | | | |
| SunTrust Bank 701 Duluth Hwy, NW Lawrenceville, GA 30046 | | | | | | | | 0.00 |

Sheet no. __30__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims

Subtotal (Total of this page)    **12,767.23**

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fiesta Farmers Market, Inc.** ,                                    Case No. _____
                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**Super U Bags Inc.**<br>**1986 Tucker Industrial Rd.**<br>**Tucker, GA 30084** | - | | **Notice Only** | | | | **0.00** |
| Account No. **xx-xx-xx848-5**<br><br>**Superior Court of DeKalb Count**<br>**Clerk, Case NO.: 13-CV-12848-5**<br>**556 N. McDonough Street**<br>**Decatur, GA 30030** | - | | **Notice Purpose Only** | | | | **0.00** |
| Account No.<br><br>**Supervalu Transportation Inc**<br>**PO Box 430**<br>**Anniston, AL 36201** | - | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**T&D Foods Inc.**<br>**1740 Sugarloaf Club Dr.**<br>**Duluth, GA 30097** | - | | **Notice Only** | | | | **0.00** |
| Account No.<br><br>**Terminix**<br>**PO Box 742592**<br>**Cincinnati, OH 45274-2592** | - | | **Business Debt** | | | | **112.00** |

Sheet no. __**31**__ of __**34**__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

**112.00**

B6F (Official Form 6F) (12/07) - Cont.

In re    **Fiesta Farmers Market, Inc.**                                    ,          Case No. _____
                                    **Debtor**

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM.  IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No. | | | Notice Only | | | | |
| TGC Enterprise, Inc. 13285 Amar Rd City of Industry La Puente, CA 91746 | - | | | | | | 0.00 |
| Account No. | | | Business Debt | | | | |
| Town and Country Packing Co. PO Box 88 Thomson, GA 30824 | - | | | | | | 4,943.96 |
| Account No. | | | Business Debt | | | | |
| Tropical Ice Cream 5538 East Hampton Houston, TX 77039 | - | | | | | | 180.00 |
| Account No. | | | Business Debt | | | | |
| Tropical Roses PO Box 491563 Lawrenceville, GA 30049 | - | | | | | | 313.50 |
| Account No. | | | Business Debt | | | | |
| Ui Bum Kook 772 Greenwood Rd. Hartwell, GA 30643 | - | | | | | | 495.00 |

Sheet no. __32__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

Subtotal
(Total of this page)

5,932.46

B6F (Official Form 6F) (12/07) - Cont.

In re  **Fiesta Farmers Market, Inc.**                          ,      Case No. _____

                                 Debtor

# SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | H W J C | Husband, Wife, Joint, or Community — DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
|---|---|---|---|---|---|---|---|
| Account No.<br><br>**United  Wholesale Services<br>2765 Camp Branch Rd.<br>Buford, GA 30519** | - | | Business Debt | | | | 12.00 |
| Account No.<br><br>**Unity Groves Corporation<br>25399 SW 157 Ave.<br>Homestead, FL 33031** | - | | Business Debt | | | | 2,020.00 |
| Account No.<br><br>**Vivyan Seafood LLC<br>1596 Old Spring House Lane<br>Atlanta, GA 30338** | - | | Business Debt | | | | 2,388.50 |
| Account No.<br><br>**Walong Marketing Inc.<br>3435 Breckinridge Blvd<br>Duluth, GA 30096** | - | | Notice Only | | | | 0.00 |
| Account No.<br><br>**Waste Mngt of Atlanta Hauling<br>PO Box 105453<br>Atlanta, GA 30348-5453** | - | | Business Debt | | | | 4,925.18 |

Sheet no. __33__ of __34__ sheets attached to Schedule of
Creditors Holding Unsecured Nonpriority Claims

                    Subtotal
            (Total of this page)     **9,345.68**

B6F (Official Form 6F) (12/07) - Cont.

In re   **Fiesta Farmers Market, Inc.**                                    ,        Case No. _____
                                                    Debtor

## SCHEDULE F - CREDITORS HOLDING UNSECURED NONPRIORITY CLAIMS
(Continuation Sheet)

| CREDITOR'S NAME, MAILING ADDRESS INCLUDING ZIP CODE, AND ACCOUNT NUMBER (See instructions above.) | C O D E B T O R | Husband, Wife, Joint, or Community | | DATE CLAIM WAS INCURRED AND CONSIDERATION FOR CLAIM. IF CLAIM IS SUBJECT TO SETOFF, SO STATE. | C O N T I N G E N T | U N L I Q U I D A T E D | D I S P U T E D | AMOUNT OF CLAIM |
| | | H W J C | | | | | | |
|---|---|---|---|---|---|---|---|---|
| Account No.<br><br>**World's Best Tropical LLC<br>1421 NW 89 Ct.<br>Doral, FL 33172** | | - | | **Business Debt** | | | | **3,743.00** |
| Account No. **xx-x-x0546**<br><br>**Zwicker & Associates, P.C.<br>2470 Sattellite Blvd.<br>Suite 120<br>Duluth, GA 30096** | | - | | **Collections for American Express Bank, FSB** | | | | **20,682.13** |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |
| Account No. | | | | | | | | |

| | | |
|---|---|---|
| Sheet no. __34__ of __34__ sheets attached to Schedule of Creditors Holding Unsecured Nonpriority Claims | Subtotal (Total of this page) | **24,425.13** |
| | Total (Report on Summary of Schedules) | **2,378,133.07** |

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

B6G (Official Form 6G) (12/07)

.

In re    **Fiesta Farmers Market, Inc.**                                    ,    Case No. _____

Debtor

# SCHEDULE G - EXECUTORY CONTRACTS AND UNEXPIRED LEASES

Describe all executory contracts of any nature and all unexpired leases of real or personal property.  Include any timeshare interests.  State nature of debtor's interest in contract, i.e., "Purchaser", "Agent", etc.  State whether debtor is the lessor or lessee of a lease.  Provide the names and complete mailing addresses of all other parties to each lease or contract described.  If a minor child is a party to one of the leases or contracts, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no executory contracts or unexpired leases.

| Name and Mailing Address, Including Zip Code, of Other Parties to Lease or Contract | Description of Contract or Lease and Nature of Debtor's Interest. State whether lease is for nonresidential real property. State contract number of any government contract. |
|---|---|
|  |  |

**0**
_____ continuation sheets attached to Schedule of Executory Contracts and Unexpired Leases

B6H (Official Form 6H) (12/07)

In re    **Fiesta Farmers Market, Inc.**                                  ,        Case No. _____
                                   Debtor

# SCHEDULE H - CODEBTORS

Provide the information requested concerning any person or entity, other than a spouse in a joint case, that is also liable on any debts listed by debtor in the schedules of creditors. Include all guarantors and co-signers. If the debtor resides or resided in a community property state, commonwealth, or territory (including Alaska, Arizona, California, Idaho, Louisiana, Nevada, New Mexico, Puerto Rico, Texas, Washington, or Wisconsin) within the eight year period immediately preceding the commencement of the case, identify the name of the debtor's spouse and of any former spouse who resides or resided with the debtor in the community property state, commonwealth, or territory. Include all names used by the nondebtor spouse during the eight years immediately preceding the commencement of this case. If a minor child is a codebtor or a creditor, state the child's initials and the name and address of the child's parent or guardian, such as "A.B., a minor child, by John Doe, guardian." Do not disclose the child's name. See, 11 U.S.C. §112 and Fed. R. Bankr. P. 1007(m).

■ Check this box if debtor has no codebtors.

| NAME AND ADDRESS OF CODEBTOR | NAME AND ADDRESS OF CREDITOR |
|---|---|

**0**
_____ continuation sheets attached to Schedule of Codebtors

Software Copyright (c) 1996-2013 - Best Case, LLC - www.bestcase.com                                                    Best Case Bankruptcy

# United States Bankruptcy Court
### Northern District of Georgia

In re **Fiesta Farmers Market, Inc.**                                   Case No.
                                            Debtor(s)    Chapter    **7**

## DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)

1.  Pursuant to 11 U.S.C. § 329(a) and Bankruptcy Rule 2016(b), I certify that I am the attorney for the above-named debtor and that compensation paid to me within one year before the filing of the petition in bankruptcy, or agreed to be paid to me, for services rendered or to be rendered on behalf of the debtor(s) in contemplation of or in connection with the bankruptcy case is as follows:

    | | |
    |---|---|
    | For legal services, I have agreed to accept | $ 1,000.00 |
    | Prior to the filing of this statement I have received | $ 1,000.00 |
    | Balance Due | $ 0.00 |

2.  $ **335.00** of the filing fee has been paid.

3.  The source of the compensation paid to me was:

    ■ Debtor        ☐ Other (specify):

4.  The source of compensation to be paid to me is:

    ■ Debtor        ☐ Other (specify):

5.  ■ I have not agreed to share the above-disclosed compensation with any other person unless they are members and associates of my law firm.

    ☐ I have agreed to share the above-disclosed compensation with a person or persons who are not members or associates of my law firm. A copy of the agreement, together with a list of the names of the people sharing in the compensation is attached.

6.  In return for the above-disclosed fee, I have agreed to render legal service for all aspects of the bankruptcy case, including:

    a.  Representation of the debtor at the meeting of creditors and confirmation hearing, and any adjourned hearings thereof;
    b.  [Other provisions as needed]
        **Applicable to Chapter 7 and Chapter 13 Cases: The Client(s) have been informed and understand that certain tasks with the Client's case, including but not limited to representation at the First Meeting of Creditors (also commonly known as the 341 hearing), may be contracted out to attorneys that are not associate attorneys of Coleman Legal Group, LLC. Client authorizes such delegations at the Attorney's discretion. A list of possible attorneys that may represent the client(s) at the First Meeting of Creditors includes, but is not limited to: Susan Gantt, Esq., Robert Barcus, Esq., William Sotter, Esq., Annette Drennon, Esq., Susan Martin, Esq. and Danny Coleman, MBA, JD, Esq.**

7.  By agreement with the debtor(s), the above-disclosed fee does not include the following service:
    **Applicable to Chapter 7 Bankruptcy Cases Only: Representation of the Client(s)/Debtor(s) in any dischargability actions; judicial lien avoidances; relief from stay actions; Rule 2004 Depositions, any Court hearing other than the First Scheduled Meeting of Creditors; any and all adversary proceedings; negotiations with secured creditors to reduce market value; exemptions planning; preparation, review, signing, approving, and filing of reaffirmation agreements and applications; preparation and filing of motions for avoidance of liens on household goods or any other property; and any amendment to any document filed in the client's case. Client(s) has/have entered into and signed an hourly rate attorney-client agreement. Client(s) case is not "Flat Rate" in accordance with the signed attorney-client agreement.**

In re    **Fiesta Farmers Market, Inc.**                                    Case No. _____
                        Debtor(s)

# DISCLOSURE OF COMPENSATION OF ATTORNEY FOR DEBTOR(S)
## (Continuation Sheet)

| CERTIFICATION |
|---|
|     I certify that the foregoing is a complete statement of any agreement or arrangement for payment to me for representation of the debtor(s) in this bankruptcy proceeding.

Dated:    **September 23, 2014** _____      **/s/ Danny Coleman, MBA, Attorney** _____
                                                                    **Danny Coleman, MBA, Attorney 177427**
                                                                   **Coleman Legal Group, LLC**
   **5755 North Point Parkway**
   **Suite 52**
   **Alpharetta, GA 30022**
   **770-408-0474  Fax: 770-609-7020**
   **attorney@dcolemanlaw.com** |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
### Northern District of Georgia

In re   **Fiesta Farmers Market, Inc.**                                ,   Case No. _____
                                    Debtor

Chapter_____**7**_____

# SUMMARY OF SCHEDULES

Indicate as to each schedule whether that schedule is attached and state the number of pages in each.  Report the totals from Schedules A, B, D, E, F, I, and J in the boxes provided.  Add the amounts from Schedules A and B to determine the total amount of the debtor's assets. Add the amounts of all claims from Schedules D, E, and F to determine the total amount of the debtor's liabilities. Individual debtors must also complete the "Statistical Summary of Certain Liabilities and Related Data" if they file a case under chapter 7, 11, or 13.

| NAME OF SCHEDULE | ATTACHED (YES/NO) | NO. OF SHEETS | ASSETS | LIABILITIES | OTHER |
|---|---|---|---|---|---|
| A - Real Property | Yes | 1 | 0.00 | | |
| B - Personal Property | Yes | 3 | 12,978.00 | | |
| C - Property Claimed as Exempt | No | 0 | | | |
| D - Creditors Holding Secured Claims | Yes | 1 | | 0.00 | |
| E - Creditors Holding Unsecured Priority Claims  (Total of Claims on Schedule E) | Yes | 2 | | 463,199.84 | |
| F - Creditors Holding Unsecured Nonpriority Claims | Yes | 35 | | 2,378,133.07 | |
| G - Executory Contracts and Unexpired Leases | Yes | 1 | | | |
| H - Codebtors | Yes | 1 | | | |
| I - Current Income of Individual Debtor(s) | No | 0 | | | N/A |
| J - Current Expenditures of Individual Debtor(s) | No | 0 | | | N/A |
| Total Number of Sheets of ALL Schedules | | 44 | | | |
| Total Assets | | | 12,978.00 | | |
| Total Liabilities | | | | 2,841,332.91 | |

B 6 Summary (Official Form 6 - Summary) (12/13)

.

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Fiesta Farmers Market, Inc.**    ,    Case No. _____
Debtor

Chapter _____ **7**

# STATISTICAL SUMMARY OF CERTAIN LIABILITIES AND RELATED DATA (28 U.S.C. § 159)

If you are an individual debtor whose debts are primarily consumer debts, as defined in § 101(8) of the Bankruptcy Code (11 U.S.C.§ 101(8)), filing a case under chapter 7, 11 or 13, you must report all information requested below.

☐ Check this box if you are an individual debtor whose debts are NOT primarily consumer debts. You are not required to report any information here.

**This information is for statistical purposes only under 28 U.S.C. § 159.**

**Summarize the following types of liabilities, as reported in the Schedules, and total them.**

| Type of Liability | Amount |
|---|---|
| Domestic Support Obligations (from Schedule E) | |
| Taxes and Certain Other Debts Owed to Governmental Units (from Schedule E) | |
| Claims for Death or Personal Injury While Debtor Was Intoxicated (from Schedule E) (whether disputed or undisputed) | |
| Student Loan Obligations (from Schedule F) | |
| Domestic Support, Separation Agreement, and Divorce Decree Obligations Not Reported on Schedule E | |
| Obligations to Pension or Profit-Sharing, and Other Similar Obligations (from Schedule F) | |
| TOTAL | |

**State the following:**

| | |
|---|---|
| Average Income (from Schedule I, Line 12) | |
| Average Expenses (from Schedule J, Line 22) | |
| Current Monthly Income (from Form 22A Line 12; OR, Form 22B Line 11; OR, Form 22C Line 20 ) | |

**State the following:**

| | | |
|---|---|---|
| 1. Total from Schedule D, "UNSECURED PORTION, IF ANY" column | | |
| 2. Total from Schedule E, "AMOUNT ENTITLED TO PRIORITY" column | | |
| 3. Total from Schedule E, "AMOUNT NOT ENTITLED TO PRIORITY, IF ANY" column | | |
| 4. Total from Schedule F | | |
| 5. Total of non-priority unsecured debt (sum of 1, 3, and 4) | | |

B6 Declaration (Official Form 6 - Declaration). (12/07)

# United States Bankruptcy Court
## Northern District of Georgia

In re    **Fiesta Farmers Market, Inc.**                                          Case No. _____
                                          Debtor(s)                    Chapter    **7** _____

# DECLARATION CONCERNING DEBTOR'S SCHEDULES

### DECLARATION UNDER PENALTY OF PERJURY ON BEHALF OF CORPORATION OR PARTNERSHIP

I, the  of the corporation named as debtor in this case, declare under penalty of perjury that I have read the foregoing summary and schedules, consisting of ___**46**___ sheets, and that they are true and correct to the best of my knowledge, information, and belief.

Date  **September 23, 2014** _____        Signature    **/s/ Peter Ro** _____
                                                    **Peter Ro**

*Penalty for making a false statement or concealing property:*  Fine of up to $500,000 or imprisonment for up to 5 years or both.
18 U.S.C. §§  152 and 3571.

# United States Bankruptcy Court
## Northern District of Georgia

In re   **Fiesta Farmers Market, Inc.**

Debtor(s)

Case No.

Chapter   **7**

# VERIFICATION OF CREDITOR MATRIX

I, the  of the corporation named as the debtor in this case, hereby verify that the attached list of creditors is true and correct to the best of my knowledge.

Date:   **September 23, 2014**

**/s/ Peter Ro**

**Peter Ro**/
Signer/Title

2 Amigos Distribution, LLC
715 Ambur Cove Way
Lawrenceville, GA 30043


A&D Foods
65 Crestridge Drive
Suwanee, GA 30024


A. Rico Adobos & Seasonings
P.O. Box 2354
Cumming, GA 30028


Able Co.
124 Forest Pkwy
Suite A
Forest Park, GA 30297


Ace Produce, LLC
P.O. Box 2333
Forest Park, GA 30298


Advance Trace Inc.
3166 Oakcliff Industrial St.
Atlanta, GA 30340


Agustina Huerta
2925 Sumac Drive
Atlanta, GA 30360


Airgas
2015 Vaughn Road, Suite 400
Kennesaw, GA 30144-7802


Aladdin Farms Inc.
P.O. Box 142
Howey in the Hills, FL 34737

Aleva Trucking & Produce, LLC
16 Forest Pkwy
Shell 22 Stall Unit 29 Box 2
Forest Park, GA 30297


American Express Bank, FSB
c/o Zwicker Firm
2470 Satellite Blvd, Ste 120
Duluth, GA 30096


American Express Bank, FSB
c/o Zwicker & Associates, P.C.
2470 Satellite Blvd, Ste 120
Duluth, GA 30096


American Express Centurion Bnk
c/o Zwicker & Associates, P.C.
2470 Satellite Blvd., Ste. 120
Duluth, GA 30096


Amtrust North America, Inc.
P.O. Box 318004
Independence, OH 44131-9973


Atlanta Nut Company, Inc.
2999 Amwiler Rd.
Atlanta, GA 30360


Atlanta Seafood Company
PO Box 460
Hampstead, NC 28443


Atlanta Tomato, LLC
16 Forest Pkwy., C-5
Forest Park, GA 30297


Azteca Milling, LP
PO Box 843769
Dallas, TX 75284-3769

Bank of America
PO Box 982236
El Paso, TX 79998-2236


Bank of America
P.O. Box 15019
Wilmington, DE 19850-5019


Bar-S Food
1265 Oakbrook Dr.
Norcross, GA 30093


Barrientos International Foods
2612 Pierce Brennen Ct.
Lawrenceville, GA 30043


Bimbo Foods, Inc.
255 Business Center
Horsham, PA 19044


BJS Plaza Fiesta, LLC
c/o Pursley Friese Torgrimson
1230 Peachtree St., NE #1200
Atlanta, GA 30309


BJS Plaza Fiesta, LLC
c/o Kennedy Wilson Properties
PO Box 2098
Yucca Valley, CA 92286-2098


Blue Ridge Beef Plant, Inc.
PO Box 397
Belton, SC 29627


Capital One Mastercard
c/o FNCB, Inc.
P.O. Box 51660
Sparks, NV 89435

Chammill Food, Inc.
5178 Brooks
Unit B
Montclair, CA 91763


Chang-Tuh Co.
148 N. Ridgewood Pl.
Los Angeles, CA 90004


Chau Nguyen & Hong Kong Market
c/o Nguyen Tran Law Firm, LLC
3100 Five Forks Trickum Rd 301
Lilburn, GA 30047


Chef Merito
7915 Sepulveda Blvd
Van Nuys, CA 91405


Chen Sheng Jian
1117 E. Montgomery Cross Rd.
Savannah, GA 31406


Chi Du Mex Wholesales LLC
4666-E Lake Mirror Place
Forest Park, GA 30297


Chicago Farms LLC
1354 AL Hwy. 125
Brundidge, AL 36010


Coca-Cola Refreshments
PO Box 403390
Atlanta, GA 30384


Collins Brothers Produce
PO Box 1025
Forest Park, GA 30297

Coosemans Atlanta, Inc.
16 Forest Pkwy
Bldg E 1
Forest Park, GA 30297


Crown Credit Company, Inc.
PO Box 640352
Cincinnati, OH 45264-0352


Dade Paper
600 Hartman Industrial Ct., SW
#200
Austell, GA 30168


Daves Creek Meat Market, Inc.
1845 Edgemont Ct.
Cumming, GA 30041


DC's Fish Market
PO Box 251
Charleston, TN 37310


Dekalb County Tax Commissioner
PO Box 100004
Decatur, GA 30031


Diaz
5501 Fulton Industrial Blvd.
Atlanta, GA 30336


Distribuidora Limena, Inc.
712-A Winter Industrial Way
Lawrenceville, GA 30046


Douglas D. Nguyen
Nguyen Tran Law Firm, LLC
3100Five Fork Trickum Rd #301
Lilburn, GA 30047

E&A Management Inc.
2915 Centerville Hwy
Snellville, GA 30078


Eagle Rock Distributing Co.
1375 Beverage Dr.
Stone Mountain, GA 30083


Earthgrains Baking Co's Inc.
3310 Panthersville Rd.
Decatur, GA 30034


Egis Exportation Inc.
5150 Buford Hwy
C-280
Atlanta, GA 30340


El Jarocho Inc.
1625 Oakbrook Dr.
Norcross, GA 30092


El Milagro
2674 Weaver Way
Atlanta, GA 30340


Elan Financial Services
c/o Professional Recovery Svs.
P.O. Box 1880
Voorhees, NJ 08043


ETR Merchadise Co
734 S. Alameda Street
Bldg. A
Los Angeles, CA 90021-1616


FIA Card Services, N.A.
c/o Sunrise Credit Svs., Inc.
PO Box 9100
Farmingdale, NY 11735-9100

Fidelity Fruit & Produce Co.
16 Forest Pkwy
Forest Park, GA 30297


First Choice Foods
1440 Ventura Drive
Cumming, GA 30040


First Natl Collection Bureau
610 Waltham Way
Sparks, NV 89434


Flowers Baking Co.
of Villa Rica
PO Box 100817
Atlanta, GA 30384


Floyd Dickens
Zwicker & Associates, P.C.
2470 Satellite Blvd, Ste. 120
Duluth, GA 30096


FNCB, Inc.
PO Box 51660
Sparks, NV 89435


Food One Inc
5300 Webb Pkwy
Ste. A
Lilburn, GA 30047


Food Way USA Corp
Miami Produce
1247 NW 21st St. Stalls 23-26
Miami, FL 33142

Frito-Lay
75 Remittance Dr.
Suite 1217
Chicago, IL 60675


Frontera Imports
143 Lake Mirror Rd.
Forest Park, GA 30297


GA Department of Labor
PO Box 740234
Atlanta, GA 30374-0234


GA Department of Revenue
Compliance Division
PO Box 105499
Atlanta, GA 30348-5499


GA Department of Revenue
Processing Center
P.O. Box 740319
Atlanta, GA 30374-0319


GA Dept of Revenue
Alcohol & Tobacco Division
PO Box 105458
Atlanta, GA 30348-5458


GA Dept. of Agriculture
19 Martin Luther King Dr., SW
Room 306
Atlanta, GA 30334-4201


GA Natural Gas
PO Box 105445
Atlanta, GA 30348-5445

GA Power
96 Annex
Atlanta, GA 30396-0001


GB Collects, LLC
145 Bradford Dr.
West Berlin, NJ 08091-9269


General Produce, Inc.
16 Forest Pkwy
Bldg. M
Forest Park, GA 30297


General Wholesale Beer Company
1271 Tacoma Dr., NW
Atlanta, GA 30318


Get Seafood Inc.
1062 Thomas Rd.
Winter Haven, FL 33880


Go Green Produce
PO Box 500581
Atlanta, GA 31150


Golden Wholesale Dists. Inc.
309 Oakland Rd.
Lawrenceville, GA 30044


Goya
1900 NW 92nd Ave.
Miami, FL 33172


Grainger
Dept. 879923589
Palatine, IL 60038-0001

Guard Insurance Group
PO Box 62479
Baltimore, MD 21264-2479


Guard Insurance Group
c/o GB Collects, LLC
145 Bradford Dr.
West Berlin, NJ 08091-9269


Hatcher Produce Co., Inc.
16 Forest Pkwy
Forest Park, GA 30297


Hispano Caribe Distrib. LLC
3793 A North Peachtree Rd.
Atlanta, GA 30341


Hong Kong Supermarket
5495 Jimmy Carter Blvd.
Suite F-100
Norcross, GA 30093


Hong Kong Tokyo Food Supplies
10584-2 Old Saint Agustine Rd.
Jacksonville, FL 32257


HP Transport Inc.
905 Via Blairo
Corona, CA 92879


Inland Seafood
PO Box 450669
Atlanta, GA 31145


Integrity Insurance & Finance
282 S. Main St., Ste D
Alpharetta, GA 30009

Interguard LTD Guard Ins.
16 South River Street
Wilkes Barre, PA 18702-2406


International World Foods
6395 McDonough Dr., Ste D
Norcross, GA 30093


Is-Pe Produce Inc.
c/o Roma, Kirshbaum & Schmidt
4600 N. State Hwy 6, Ste. #101
Houston, TX 77084


IS-PE PRODUCE, Inc.
2501 W. Military Hwy.
B-4
McAllen, TX 78503


J&G Poultry & Seafood
2360 Monroe Dr.
Gainesville, GA 30501


June Towery
201 17th St., NW, Ste. 1700
Atlanta, GA 30363


Kelly's Food Atlanta
PO Box 250509
Atlanta, GA 30325


Kim Namil
130 Alvord Court
Suwanee, GA 30024


Koco Trading Co.
6833 E. Acco Street
Los Angeles, CA 90040

Kreative Technology Partners
3850 Holcomb Bridge Rd.
Suite 245
Norcross, GA 30092


KUS Trading LLC
2670 N. Berkeley Lake Rd.
#17
Duluth, GA 30096


L& R Farms Inc.
1236 Wayne Poultry Rd.
Pendergrass, GA 30567


La Fortuna Cash & Carry
4666 Lake Mirror Pl.
Forest Park, GA 30297


La Providencia
PO Box 843789
Dallas, TX 75284-3789


La Tortilleria
2900 Lowery St.
Winston Salem, NC 27101


Lisy Corp
3400 NW 67 Street
Miami, FL 33147


Madge R. Buckle
Zwicker & Associates, P.C.
2470 Satellite Blvd, Ste. 120
Duluth, GA 30096


Marquez Brothers
8207 N. Loop E Ste. 200
Houston, TX 77029

Matador Distributing LLC
PO Box 102925
Atlanta, GA 30368


Maya Foods LLC
16 Forest Pkwy Unit 13-16
Forest Park, GA 30297


Mayfield Diary Farms LLC
1971 Delk Industrial Blvd
Marietta, GA 30067


McCarthy, Burgess & Wolff
The MB&W Building
26000 Cannon  Rd.
Cleveland, OH 44146


Mercado Hispano
6519 Warren Dr.
Norcross, GA 30093


Mexican Products
2466  Wagon Wheel Trace
Duluth, GA 30096


Mission Foods
PO Box 843789
Dallas, TX 75284


Monica R. Owens, Esq.
Pursley Friese Torgrimson
1230 Peachtreet St, NE #1200
Atlanta, GA 30309


MY-A & Co.
Schuster Dr.
Hyattsville, MD 20781

Nguyen Tran Law Firm, LLC
3100 Five Forks Trickum Road
Suite 301
Lilburn, GA 30047


Nopalina
2094 N. Milwaukee Ave.
2nd Floord
Chicago, IL 60647


Ocho Rios Atlanta, Inc.
1989 Tucker Industrial Rd.
Tucker, GA 30084


Odwalla, Inc.
PO Box 742456
Los Angeles, CA 90074-2456


Ole Mexian Foods, Inc.
6585 Crescent Dr.
Norcross, GA 30071


Pacheco Distributor
3172 Oakcliff Industrial
Atlanta, GA 30340


Premium Distributors Inc.
PO Box 6274
Marietta, GA 30065


Presley's Fish
575 Crosswinds Dr.
Mount Juliet, TN 37122


Prime Meats
2150 Boggs Rd., Ste 500
Duluth, GA 30096

Produce Exchange of Atlanta
16 Forest Pkwy, Bdlg E
Forest Park, GA 30297


Product  Service, LLC
465 Maltbie St., Ste. 110
Lawrenceville, GA 30046


Productors Dona Betty, Inc.
1068 Raleigh Way
Lawrenceville, GA 30043


Professional Recovery Svs. Inc
P.O. Box 1880
Voorhees, NJ 08043


Pursley Friese Torgrimson, LLP
1230 Peachtree St., NE
Suite 1200
Atlanta, GA 30309


Q-Mark Supply, LLC
3939 Lavista Rd., E-132
Tucker, GA 30084


Quesos Finos Mexicanos LLC
7647 S. Kedzie Ave.
Chicago, IL 60652


Quynh-Nga T. Tran
Nguyen Tran Law Firm, LLC
3100Five Forks Trickum Rd #301
Lilburn, GA 30047


Rand Refrigeration
2481 Merrion Park Court
Dacula, GA 30019

Reddy Ice
1578 East Taylor Ave.
Atlanta, GA 30344


RicAle Distributors
PO Box 2805
Norcross, GA 30091


Roma, Kirshbaum & Schmidt
4600 North State Hwy 6
Suite 101
Houston, TX 77084


RT USA
1000 Northbrook Pkwy
Suite C
Suwanee, GA 30024


Saborex
1892 Forge St.
Tucker, GA 30084


Sanwa Produce Atlanta Market
16 Forest Park Bldg B6
Forest Park, GA 30297


Saul Barrios
1258 Love Bridge Rd.
Calhoun, GA 30701


Seafood Cargo, Inc.
PO Box 2424
Lagrange, GA 30241


Shalom  GA Distribuidora
2855 Forsyth Park Lane
Suwanee, GA 30024

Sigma Foods Inc.
1265 Oakbrook Dr.
Norcross, GA 30093


South Mill
PO Box 1037 Kennett Square
Kennett Square, PA 19348


Southern Grower Inc.
2838 E. Ponce De Leon Ave.
Decatur, GA 30030


Souto Foods,LLC
3000 Old Alabama Rd.
Ste. 119-154
Alpharetta, GA 30022


State Court of Cobb County
Clerk of Court CAFN: 14-G-2659
12 East Park Square
Marietta, GA 30090


State Court of Cobb County
Clerk, Case No.: 14-G-2659
12 East Park Square
Marietta, GA 30090


State Court of Fulton County
Clerk, Case No.13EV018670E
185 Central Avenue, SW
Atlanta, GA 30303


State Court of Gwinnett County
Clerk, Case No.: 14C00546S4
75 Langley Drive
Lawrenceville, GA 30046-0880

State Court of Gwinnett County
Clerk, Case No.: 14C009405
75 Langley Drive
Lawrenceville, GA 30046-0880


State Court of Gwinnett County
Clerk, Case No.: 14C009383
75 Langley Drive
Lawrenceville, GA 30046-0880


State Court of Gwinnett County
Clerk, Case No.: 14GC-03145-1
75 Langley Drive
Lawrenceville, GA 30046-0880


Stephanie Friese Aron
1230 Peachtree St., NE
Suite 1200
Atlanta, GA 30309


Sunbelt Produce Distributor
16 Forest Pkwy
Bldg. A, Unit 2, Box 12
Forest Park, GA 30297


Sunrise Credit Svs., Inc.
P.O. Box 9100
Farmingdale, NY 11735-9100


SunTrust Bank
701 Duluth Hwy, NW
Lawrenceville, GA 30046


Super U Bags Inc.
1986 Tucker Industrial Rd.
Tucker, GA 30084

Superior Court of DeKalb Count
Clerk, Case NO.: 13-CV-12848-5
556 N. McDonough Street
Decatur, GA 30030


Supervalu Transportation Inc
PO Box 430
Anniston, AL 36201


T&D Foods Inc.
1740 Sugarloaf Club Dr.
Duluth, GA 30097


Terminix
PO Box 742592
Cincinnati, OH 45274-2592


TGC Enterprise, Inc.
13285 Amar Rd City of Industry
La Puente, CA 91746


Town and Country Packing Co.
PO Box 88
Thomson, GA 30824


Tropical Ice Cream
5538 East Hampton
Houston, TX 77039


Tropical Roses
PO Box 491563
Lawrenceville, GA 30049


Ui Bum Kook
772 Greenwood Rd.
Hartwell, GA 30643

United  Wholesale Services
2765 Camp Branch Rd.
Buford, GA 30519


Unity Groves Corporation
25399 SW 157 Ave.
Homestead, FL 33031


Vivyan Seafood LLC
1596 Old Spring House Lane
Atlanta, GA 30338


Walong Marketing Inc.
3435 Breckinridge Blvd
Duluth, GA 30096


Waste Mngt of Atlanta Hauling
PO Box 105453
Atlanta, GA 30348-5453


World's Best Tropical LLC
1421 NW 89 Ct.
Doral, FL 33172


Zwicker & Associates, P.C.
2470 Sattellite Blvd.
Suite 120
Duluth, GA 30096

# United States Bankruptcy Court
## Northern District of Georgia

In re  **Fiesta Farmers Market, Inc.**
_____
Debtor(s)

Case No. _____
Chapter  **7** _____

## CORPORATE OWNERSHIP STATEMENT (RULE 7007.1)

Pursuant to Federal Rule of Bankruptcy Procedure 7007.1 and to enable the Judges to evaluate possible disqualification or recusal, the undersigned counsel for  **Fiesta Farmers Market, Inc.**  in the above captioned action, certifies that the following is a (are) corporation(s), other than the debtor or a governmental unit, that directly or indirectly owns(s) 10% or more of any class of the corporation's(s') equity interests, or states that there are no entities to report under FRBP 7007.1:

■ None [*Check if applicable*]

**September 23, 2014**
_____
Date

**/s/ Danny Coleman, MBA, Attorney**
_____
**Danny Coleman, MBA, Attorney 177427**
Signature of Attorney or Litigant
Counsel for  **Fiesta Farmers Market, Inc.**
_____
**Coleman Legal Group, LLC**
**5755 North Point Parkway**
**Suite 52**
**Alpharetta, GA 30022**
**770-408-0474 Fax:770-609-7020**
**attorney@dcolemanlaw.com**